UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN FLORES, STEVE WILKS, and RAY
HORTON, as Class Representatives, on behalf of themselves
and all others similarly situated,

         *Plaintiffs*,

    v.

THE NATIONAL FOOTBALL LEAGUE; NEW YORK
FOOTBALL GIANTS, INC. d/b/a NEW YORK GIANTS;
MIAMI DOLPHINS, LTD. d/b/a MIAMI DOLPHINS;
DENVER BRONCOS FOOTBALL CLUB d/b/a DENVER
BRONCOS; HOUSTON NFL HOLDINGS, L.P. d/b/a
HOUSTON TEXANS; ARIZONA CARDINALS
FOOTBALL CLUB LLC d/b/a ARIZONA CARDINALS;
TENNESSEE TITANS ENTERTAINMENT, INC. d/b/a
TENNESSEE TITANS and JOHN DOE TEAMS 1 through
26,

         *Defendants*.

Case No. 22-CV-871 (VEC)

---

## <u>NOTICE OF APPEAL</u>

Pursuant to 9 U.S.C. § 16, Defendant the Miami Dolphins, Ltd. d/b/a Miami Dolphins,

appeal to the United States Court of Appeals for the Second Circuit from the Court's February 13,

2026 order (Dkt. 182) granting Plaintiff Brian Flores's motion for reconsideration (Dkt. 153) and

thereby denying the Dolphins' motion to compel arbitration (Dkt. 47). The Dolphins file this

notice of appeal as a protective matter. The Dolphins understand the notice to be premature under

Federal Rule of Appellate Procedure 4(a)(4)(A)(iv) because the Dolphins and other clubs have

filed motions to amend the order being appealed pursuant to Federal Rule of Civil Procedure 59(e)

(Dkts. 187, 194, 196). The Dolphins accordingly believe that the Court retains jurisdiction to

resolve those pending motions, and this notice of appeal will become effective (if needed) upon

the Court's resolution of the last of those pending motions. *See Hodge ex rel. Skiff v. Hodge*, 269

F.3d 155, 157 n.4 (2d Cir. 2001).  Nevertheless, given potential ambiguity concerning the impact

of the pending motions on the appellate deadline, the Dolphins have filed this notice in an

abundance of caution.

<table>
<tr><td>Dated: March 13, 2026<br>New York, New York</td><td>QUINN EMANUEL URQUHART &<br>  SULLIVAN, LLP</td></tr>
</table>

By:   */s/ William Burck*   _____

William A. Burck
JP Kernisan
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
williamburck@quinnemanuel.com
jpkernisan@quinnemanuel.com

Christopher G. Michel
  (*pro hac vice*)
555 13th Street NW, Suite 600
Washington, DC 20004
Telephone:  (202) 538-8308
christophermichel@quinnemanuel.com

*Attorneys for Defendant Miami Dolphins, Ltd.*

STAYED,APPEAL,ECF

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22–cv–00871–VEC

Flores v. The National Football League et al
Assigned to: Judge Valerie E. Caproni
Cause: 42:1981 Equal Rights Under the Law

Date Filed: 02/01/2022
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Brian Flores**
*as a Class Representative, on behalf of*
*himself and all others similarly situated*

represented by **David Evan Gottlieb**
Wigdor LLP
85 Fifth Avenue
5th fl.
New York, NY 10003
(212)–257–6800
Fax: (212)–257–6845
Email: dgottlieb@wigdorlaw.com
*ATTORNEY TO BE NOTICED*

**Jacqueline Donajy Carranza**
Elefterakis, Elefterakis & Panek
80 Pine Street
Ste 38th Floor
New York, NY 10005
212–532–1116
Email: jcarranza@eeplaw.com
*ATTORNEY TO BE NOTICED*

**John Elefterakis**
Elefterakis & Elefterakis P.C.
112 Madison Ave
New York, NY 10016
(212)–532–1116
Fax: (212)–532–1176
Email: john@elefterakislaw.com
*ATTORNEY TO BE NOTICED*

**Johnson Lassiter Atkinson**
Elefterakis, Elefterakis & Panek
80 Pine Street
38th Floor
Woodside, NY 10005
212–532–1116
Email: jatkinson@eeplaw.com
*ATTORNEY TO BE NOTICED*

**Marjorie Mesidor**
Marjorie Mesidor Attorney at Law
30 Station Road
Suite 5
Bellport, NY 11713
212–930–6010
Email: mm@marjoriemesidor.com
*TERMINATED: 04/05/2024*

**Michael John Willemin**
Wigdor LLP
85 Fifth Avenue
5th fl.
New York, NY 10003
(212) 257–6829

Fax: (212) 257−6845
Email: mwillemin@wigdorlaw.com
*ATTORNEY TO BE NOTICED*

**Douglas Holden Wigdor**
Wigdor LLP
85 Fifth Avenue
5th fl.
New York, NY 10003
212−239−9292
Fax: 212−239−9001
Email: dwigdor@wigdorlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Steve Wilks                                        represented by **David Evan Gottlieb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacqueline Donajy Carranza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Elefterakis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnson Lassiter Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marjorie Mesidor**
(See above for address)
*TERMINATED: 04/05/2024*

**Michael W Caspino**
Price Caspino
30442 Esperanza
Rancho Santa Margarita, CA 92688
949−899−9188
Email: mcaspino@pricecaspino.com
*TERMINATED: 06/09/2025*

**Michael John Willemin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Holden Wigdor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Ray Horton                                        represented by **David Evan Gottlieb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacqueline Donajy Carranza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Elefterakis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Johnson Lassiter Atkinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marjorie Mesidor**
(See above for address)
*TERMINATED: 04/05/2024*

**Michael John Willemin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Holden Wigdor**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The National Football League**                    represented by    **Brad Scott Karp**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
212–373–2384
Fax: 212–373–2384
Email: bkarp@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)–373–3852
Fax: (212)–492–0852
Email: btannenbaum@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kannon K. Shanmugam**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
2001 K Street, N.W.
Washington, DC 20006
202–223–7325
Fax: 202–204–7397
Email: kshanmugam@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Loretta Lynch**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212–373–3000
Email: lelynch@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Beth Bayard**
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019

212−373−3054
Fax: 212−373−2730
Email: lbayard@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Aubrey Smith**
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019
212−373−3000
Email: asmith@paulweiss.com
*ATTORNEY TO BE NOTICED*

**Maia Usui**
Skadden, Arps, Slate, Meagher & Flom
LLP
One Manhattan West
New York, NY 10001−8602
212−735−3000
Email: maia.usui@skadden.com
*TERMINATED: 10/23/2024*

**Defendant**

**New York Football Giants, Inc.**
*TERMINATED: 03/04/2026*

represented by **Brad Scott Karp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kannon K. Shanmugam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Loretta Lynch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Beth Bayard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Usui**
(See above for address)
*TERMINATED: 10/23/2024*

**Defendant**

**Miami Dolphins, Ltd.**
*TERMINATED: 03/04/2026*

represented by **Brad Scott Karp**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kannon K. Shanmugam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Loretta Lynch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Beth Bayard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Michel**
Quinn Emanuel Urquhart Sullivan
555 13th Street NW
Suite 600
Washington, DC 20004
202−538−8308
Email: christophermichel@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Jan Philip Kernisan**
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I St. NW
Suite 900
Washington, DC 20005
202−538−8258
Fax: 202−538−8000
Email: jpkernisan@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Maia Usui**
(See above for address)
*TERMINATED: 10/23/2024*

**William Anthony Burck**
Quinn Emanuel Urquhart & Sullivan
555 13th Street NW
Suite 600
Washington, DC 20004
202−538−8120
Fax: 202−538−8100
Email: williamburck@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Denver Broncos**                    represented by **Brad Scott Karp**
*TERMINATED: 03/04/2026*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kannon K. Shanmugam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Loretta Lynch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Beth Bayard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Usui**
(See above for address)
*TERMINATED: 10/23/2024*

**Defendant**

**John Doe Teams 1 through 29**
*TERMINATED: 04/07/2022*

**Defendant**

| | | |
|---|---|---|
| **Houston NFL Holdings, L.P.**<br>*TERMINATED: 03/04/2026*<br>*doing business as*<br>Houston Texans | represented by | **Brad Scott Karp**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kannon K. Shanmugam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Loretta Lynch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Beth Bayard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maia Usui**
(See above for address)
*TERMINATED: 10/23/2024*

**Defendant**

| | | |
|---|---|---|
| **Arizona Cardinals Football Club LLC**<br>*TERMINATED: 03/04/2026*<br>*doing business as*<br>Arizona Cardinals | represented by | **Brad Scott Karp**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric A. Savage**
Littler Mendelson, P.C.
900 Third Avenue

New York, NY 10022
212–583–2695
Fax: 973–215–2620
Email: esavage@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kannon K. Shanmugam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Loretta Lynch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Beth Bayard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel L. Nash**
Littler Mendelson, P.C.
815 Connecticut Ave., NW
Suite 400
Washington, DC 20006
202–772–2524
Email: dnash@littler.com
*ATTORNEY TO BE NOTICED*

**Maia Usui**
(See above for address)
*TERMINATED: 10/23/2024*

**Defendant**

**Tennessee Titans Entertainment, Inc.**          represented by  **Brad Scott Karp**
*TERMINATED: 03/04/2026*                                          (See above for address)
*doing business as*                                              *LEAD ATTORNEY*
Tennessee Titans                                                 *ATTORNEY TO BE NOTICED*

**Brette Morgan Tannenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kannon K. Shanmugam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Loretta Lynch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn Beth Bayard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew A Warth**
Holland & Knight LLP
511 Union Street

Suite 2700
Nashville, TN 37219
615–850–8874
Fax: 615–244–6804
Email: drew.warth@hklaw.com
*ATTORNEY TO BE NOTICED*

**Duvol Maurice Thompson**
Holland & Knight LLP
787 Seventh Avenue
Ste 31st Floor
New York, NY 10019
212–513–3200
Email: duvol.thompson@hklaw.com
*ATTORNEY TO BE NOTICED*

**Maia Usui**
(See above for address)
*TERMINATED: 10/23/2024*

**Noah Parson**
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
31st Floor
New York, NY 10019
212–513–3200
Email: noah.parson@hklaw.com
*ATTORNEY TO BE NOTICED*

**Robert Boston**
Holland & Knight LLP
TN
511 Union Street
Suite 2700
Suite 2700
Nashville, TN 37219
615–244–6380
Email: bob.boston@hklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe Teams 1 through 26**

**Defendant**

**New York Football Giants, Inc. d/b/a New York Giants**

represented by **Brian Aubrey Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Miami Dolphins, LTD. d/b/a Miami Dolphins**

represented by **Brian Aubrey Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Denver Broncos Football Club d/b/a Denver Broncos**

represented by **Brian Aubrey Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Houston NFL Holdings, L.P. d/b/a Houston Texans**

represented by **Brian Aubrey Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arizona Cardinals Football Club LLC**     represented by **Brian Aubrey Smith**
**d/b/a Arizona Cardinals**     (See above for address)
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Tennessee Titans Entertainment, Inc.**     represented by **Brian Aubrey Smith**
**d/b/a Tennessee Titans**     (See above for address)
    *ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Attorney Michael Caspino**

**Respondent**

**Michael Caspino**

**Amicus**

**Amici Curiae Law Professors**     represented by **Kevin Todd Mintzer**
    Law Office of Kevin Mintzer, P.C.
    1350 Broadway
    Suite 1410
    New York, NY 10018
    646–843–8180
    Email: km@mintzerfirm.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2022 | 1 | COMPLAINT against Denver Broncos, John Doe Teams 1 through 29, Miami Dolphins, Ltd., New York Football Giants, Inc., The National Football League. (Filing Fee $ 402.00, Receipt Number ANYSDC–25668130)Document filed by Brian Flores..(Wigdor, Douglas) (Entered: 02/01/2022) |
| 02/01/2022 | 2 | CIVIL COVER SHEET filed..(Wigdor, Douglas) (Entered: 02/01/2022) |
| 02/01/2022 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to The National Football League, re: 1 Complaint,. Document filed by Brian Flores..(Wigdor, Douglas) (Entered: 02/01/2022) |
| 02/01/2022 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to New York Football Giants, Inc., re: 1 Complaint,. Document filed by Brian Flores..(Wigdor, Douglas) (Entered: 02/01/2022) |
| 02/01/2022 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Miami Dolphins, Ltd., re: 1 Complaint,. Document filed by Brian Flores..(Wigdor, Douglas) (Entered: 02/01/2022) |
| 02/01/2022 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Denver Broncos, re: 1 Complaint,. Document filed by Brian Flores..(Wigdor, Douglas) (Entered: 02/01/2022) |
| 02/01/2022 | 7 | NOTICE OF APPEARANCE by Michael John Willemin on behalf of Brian Flores..(Willemin, Michael) (Entered: 02/01/2022) |
| 02/01/2022 | 8 | NOTICE OF APPEARANCE by David Evan Gottlieb on behalf of Brian Flores..(Gottlieb, David) (Entered: 02/01/2022) |
| 02/02/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Valerie E. Caproni. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for |

| | | |
|---|---|---|
| | | providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(sj) (Entered: 02/02/2022) |
| 02/02/2022 | | Magistrate Judge Sarah L. Cave is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (sj) (Entered: 02/02/2022) |
| 02/02/2022 | | Case Designated ECF. (sj) (Entered: 02/02/2022) |
| 02/02/2022 | 9 | ELECTRONIC SUMMONS ISSUED as to The National Football League. (sj) (Entered: 02/02/2022) |
| 02/02/2022 | 10 | ELECTRONIC SUMMONS ISSUED as to New York Football Giants, Inc.. (sj) (Entered: 02/02/2022) |
| 02/02/2022 | 11 | ELECTRONIC SUMMONS ISSUED as to Miami Dolphins, Ltd.. (sj) (Entered: 02/02/2022) |
| 02/02/2022 | 12 | ELECTRONIC SUMMONS ISSUED as to Denver Broncos. (sj) (Entered: 02/02/2022) |
| 02/02/2022 | 13 | NOTICE OF INITIAL PRETRIAL CONFERENCE: At the scheduled time, counsel for all parties should call 888–363–4749, Access code 3121171#, Security code 0871. Initial Conference set for 3/18/2022 at 03:00 PM before Judge Valerie E. Caproni. (Signed by Judge Valerie E. Caproni on 2/2/2022) (tg) (Entered: 02/02/2022) |
| 02/24/2022 | 14 | NOTICE OF APPEARANCE by Brad Scott Karp on behalf of Denver Broncos, Miami Dolphins, Ltd., New York Football Giants, Inc., The National Football League..(Karp, Brad) (Entered: 02/24/2022) |
| 02/24/2022 | 15 | NOTICE OF APPEARANCE by Loretta Lynch on behalf of Denver Broncos, Miami Dolphins, Ltd., New York Football Giants, Inc., The National Football League..(Lynch, Loretta) (Entered: 02/24/2022) |
| 02/24/2022 | 16 | NOTICE OF APPEARANCE by Lynn Beth Bayard on behalf of Denver Broncos, Miami Dolphins, Ltd., New York Football Giants, Inc., The National Football League..(Bayard, Lynn) (Entered: 02/24/2022) |
| 02/24/2022 | 17 | NOTICE OF APPEARANCE by Brette Morgan Tannenbaum on behalf of Denver Broncos, Miami Dolphins, Ltd., New York Football Giants, Inc., The National Football League..(Tannenbaum, Brette) (Entered: 02/24/2022) |
| 02/24/2022 | 18 | LETTER MOTION for Extension of Time to File *Answer or Otherwise Respond to the Complaint* addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated February 24, 2022. Document filed by Denver Broncos, Miami Dolphins, Ltd., New York Football Giants, Inc., The National Football League..(Lynch, Loretta) (Entered: 02/24/2022) |
| 02/24/2022 | 19 | ORDER: granting 18 Letter Motion for Extension of Time to File. Application GRANTED. SO ORDERED. (Signed by Judge Valerie E. Caproni on 2/24/2022) (ama) (Entered: 02/24/2022) |
| 02/24/2022 | | Set/Reset Deadlines: Denver Broncos answer due 4/11/2022; Miami Dolphins, Ltd. answer due 4/11/2022; New York Football Giants, Inc. answer due 4/11/2022; The National Football League answer due 4/11/2022. (ama) (Entered: 02/24/2022) |
| 03/04/2022 | 20 | JOINT LETTER MOTION to Adjourn Conference addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated March 4, 2022. Document filed by Brian Flores..(Wigdor, Douglas) (Entered: 03/04/2022) |
| 03/04/2022 | 21 | ORDER granting 20 Letter Motion to Adjourn Conference. Application GRANTED. The initial pretrial conference, currently scheduled for Friday, March 18, 2022 at 3:00 P.M., is adjourned to Friday, April 29, 2022 at 11:00 A.M. Pre–conference submissions are due no later than Thursday, April 21, 2022. For a description of the pre–conference submission requirements, the parties should consult the Court's Order |

| | | |
|---|---|---|
| | | at docket entry 13. The Court will decide whether to hold the conference in person or by teleconference once the Court has reviewed the parties' pre–conference submissions. Any amended complaint is due no later than Friday, April 8, 2022. After an amended complaint has been served on Defendants or they waive such service, the parties may file a joint stipulation for the Court's approval with a proposed deadline for Defendants to answer, move, or otherwise respond to the Amended Complaint. SO ORDERED. Initial Conference set for 4/29/2022 at 11:00 AM before Judge Valerie E. Caproni.. (Signed by Judge Valerie E. Caproni on 3/4/2022) (tg) (Entered: 03/04/2022) |
| 03/04/2022 | | Set/Reset Deadlines: Amended Pleadings due by 4/8/2022. (tg) (Entered: 03/04/2022) |
| 04/07/2022 | 22 | FIRST AMENDED COMPLAINT amending 1 Complaint, against Denver Broncos, Miami Dolphins, Ltd., New York Football Giants, Inc., The National Football League, Houston NFL Holdings, L.P., Arizona Cardinals Football Club LLC, Tennessee Titans Entertainment, Inc., John Doe Teams 1 through 26 with JURY DEMAND.Document filed by Brian Flores, Steve Wilks, Ray Horton. Related document: 1 Complaint,..(Wigdor, Douglas) (Entered: 04/07/2022) |
| 04/07/2022 | 23 | REQUEST FOR ISSUANCE OF SUMMONS as to Houston NFL Holdings, L.P., re: 22 Amended Complaint,. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 04/07/2022) |
| 04/07/2022 | 24 | REQUEST FOR ISSUANCE OF SUMMONS as to Tennessee Titans Entertainment, Inc., re: 22 Amended Complaint,. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 04/07/2022) |
| 04/07/2022 | 25 | REQUEST FOR ISSUANCE OF SUMMONS as to Arizona Cardinals Football Club LLC, re: 22 Amended Complaint,. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 04/07/2022) |
| 04/07/2022 | 26 | ELECTRONIC SUMMONS ISSUED as to Houston NFL Holdings, L.P...(pc) (Entered: 04/07/2022) |
| 04/07/2022 | 27 | ELECTRONIC SUMMONS ISSUED as to Tennessee Titans Entertainment, Inc...(pc) (Entered: 04/07/2022) |
| 04/07/2022 | 28 | ELECTRONIC SUMMONS ISSUED as to Arizona Cardinals Football Club LLC..(pc) (Entered: 04/07/2022) |
| 04/18/2022 | 29 | NOTICE OF APPEARANCE by Brad Scott Karp on behalf of Arizona Cardinals Football Club LLC, Houston NFL Holdings, L.P., Tennessee Titans Entertainment, Inc...(Karp, Brad) (Entered: 04/18/2022) |
| 04/18/2022 | 30 | NOTICE OF APPEARANCE by Loretta Lynch on behalf of Arizona Cardinals Football Club LLC, Houston NFL Holdings, L.P., Tennessee Titans Entertainment, Inc...(Lynch, Loretta) (Entered: 04/18/2022) |
| 04/18/2022 | 31 | NOTICE OF APPEARANCE by Lynn Beth Bayard on behalf of Arizona Cardinals Football Club LLC, Houston NFL Holdings, L.P., Tennessee Titans Entertainment, Inc...(Bayard, Lynn) (Entered: 04/18/2022) |
| 04/18/2022 | 32 | NOTICE OF APPEARANCE by Brette Morgan Tannenbaum on behalf of Arizona Cardinals Football Club LLC, Houston NFL Holdings, L.P., Tennessee Titans Entertainment, Inc...(Tannenbaum, Brette) (Entered: 04/18/2022) |
| 04/18/2022 | 33 | LETTER addressed to Judge Valerie E. Caproni from Loretta Lynch dated April 18, 2022 re: Joint Stipulation and Proposed Order re Deadline for Defendants to Answer or Otherwise Respond to Amended Complaint. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League. (Attachments: # 1 Joint Stipulation and [Proposed] Order).(Lynch, Loretta) (Entered: 04/18/2022) |
| 04/18/2022 | 34 | JOINT STIPULATION AND ORDER: The parties, by and through their undersigned attorneys, hereby stipulate andagree as follows: The time for Defendants to answer, move or otherwise respond to theAmended Complaint shall be extended from April 21, 2022 up to and including June 21, 2022. The parties shall confer regarding the briefing schedule for any motionfiled pursuant to paragraph 1. Memoranda of law in |

| | | |
|---|---|---|
| | | support of and in opposition to any motion made in response to the Amended Complaint may be up to 50 pages and reply memoranda may be up to 25 pages. Nothing herein shall be deemed to constitute a waiver of any claims or defenses in this matter. (Arizona Cardinals Football Club LLC answer due 6/21/2022; Denver Broncos answer due 6/21/2022; Houston NFL Holdings, L.P. answer due 6/21/2022; Miami Dolphins, Ltd. answer due 6/21/2022; New York Football Giants, Inc. answer due 6/21/2022; Tennessee Titans Entertainment, Inc. answer due 6/21/2022; The National Football League answer due 6/21/2022.) (Signed by Judge Valerie E. Caproni on 4/18/2022) (rro) (Entered: 04/18/2022) |
| 04/21/2022 | 35 | JOINT LETTER addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated April 21, 2022 re: Initial Pretrial Conference. Document filed by Brian Flores, Ray Horton, Steve Wilks. (Attachments: # 1 Text of Proposed Order Case Management Plan).(Wigdor, Douglas) (Entered: 04/21/2022) |
| 04/21/2022 | 36 | NOTICE OF APPEARANCE by John Elefterakis on behalf of Brian Flores, Ray Horton, Steve Wilks..(Elefterakis, John) (Entered: 04/21/2022) |
| 04/21/2022 | 37 | MEMO ENDORSEMENT on re: 35 Letter, filed by Brian Flores, Ray Horton, Steve Wilks. ENDORSEMENT: Due to a conflict in the Court's calendar, the initial pretrial conference, currently scheduled for Friday, April 29, 2022 at 11:00 A.M., is adjourned to Monday, May 2, 2022 at 11:00 A.M. The conference will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Per the SDNY COVID–19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10–468 (21–MC–164), which further pertains to courthouse entry. SO ORDERED. ( Initial Conference set for 5/2/2022 at 11:00 AM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni.) (Signed by Judge Valerie E. Caproni on 4/21/2022) (tg) (Entered: 04/21/2022) |
| 04/22/2022 | 38 | ORDER: IT IS HEREBY ORDERED that counsel for the parties must attend the conference in person. Any interested members of the public may attend the conference in person or remotely, by dialing 1–888–363–4749, using the access code 3121171, and the security code 0871. Recording or rebroadcasting the proceeding is strictly prohibited by law. IT IS FURTHER ORDERED that by no later than Wednesday, April 27, 2022, the parties must inform the Court how many counsel and client representatives (if any) will be attending the conference in person. Each side will be allowed four representatives at counsel table, with additional seating for the parties available in surrounding chairs and the gallery. IT IS FURTHER ORDERED that per the SDNY COVID–19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10–468 (21–MC–164), which further pertains to courthouse entry. SO ORDERED. (Signed by Judge Valerie E. Caproni on 4/22/2022) (tg) (Entered: 04/22/2022) |
| 04/27/2022 | 39 | LETTER addressed to Judge Valerie E. Caproni from David E. Gottlieb dated April 27, 2022 re: Counsel Attendants for Initial Pretrial Conference. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Gottlieb, David) (Entered: 04/27/2022) |
| 04/27/2022 | 40 | LETTER addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated April 27, 2022 re: Initial Pretrial Conference Attendees. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., John Doe Teams 1 through 26, Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 04/27/2022) |
| 04/28/2022 | 41 | NOTICE OF APPEARANCE by Maia Usui on behalf of Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Usui, Maia) (Entered: 04/28/2022) |

| | | |
|---|---|---|
| 04/29/2022 | 42 | NOTICE OF APPEARANCE by Johnson Lassiter Atkinson on behalf of Brian Flores, Ray Horton, Steve Wilks..(Atkinson, Johnson) (Entered: 04/29/2022) |
| 05/02/2022 | | Minute Entry for proceedings held before Judge Valerie E. Caproni: Initial Pretrial Conference held on 5/2/2022. Attorneys Douglas Wigdor, David Gottlieb, John Elefterakis and Johnson Atkinson present for the plaintiff. Attorneys Loretta Lynch, Brad Karp, Brette Tannenbaum and Maia Usui present for the defendants. Court Reporter Alena Lynch present. (anc) (Entered: 05/02/2022) |
| 05/02/2022 | 43 | ORDER: IT IS HEREBY ORDERED that, for the reasons stated at the conference, Defendants' motion to compel arbitration is due no later than Tuesday, June 21, 2022, Plaintiffs' response in opposition is due no later than Friday, July 22, 2022, and Defendants' reply in support is due no later than Friday, August 5, 2022. The parties' briefs are limited to the default page limits: 25 pages for the opening and response briefs and 10 pages for the reply brief. If any of Plaintiffs' claims remain in the litigation following the Court's resolution of the motion, Defendants will be given the opportunity to file a motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure. IT IS FURTHER ORDERED that if, upon reviewing Defendants' motion to compel arbitration, Plaintiffs still seek motion–related discovery, they must meet and confer with Defendants to determine whether the parties can resolve the issue without court intervention. If the parties are unable to resolve the dispute amongst themselves, Plaintiffs may file a letter brief, not to exceed five single–spaced pages, seeking leave to take motion–related discovery. Any such request is due no later than Friday, July 1, 2022. Any response in opposition, limited to five single–spaced pages, is due no later than Friday, July 8, 2022. IT IS FURTHER ORDERED that the entry of a Case Management Plan is adjourned sine die and fact and expert discovery is hereby STAYED. IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge or a referral to the Court–annexed mediation program, they may submit a joint letter requesting a referral. SO ORDERED. ( Motions due by 6/21/2022., Responses due by 7/22/2022, Replies due by 8/5/2022.) (Signed by Judge Valerie E. Caproni on 5/2/2022) (tg) (Entered: 05/02/2022) |
| 05/13/2022 | 44 | TRANSCRIPT of Proceedings re: conference held on 5/2/2022 before Judge Valerie E. Caproni. Court Reporter/Transcriber: Alena Lynch, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/3/2022. Redacted Transcript Deadline set for 6/13/2022. Release of Transcript Restriction set for 8/11/2022..(Moya, Goretti) (Entered: 05/13/2022) |
| 05/13/2022 | 45 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 5/2/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 05/13/2022) |
| 06/21/2022 | 46 | LETTER MOTION to Seal addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated June 21, 2022. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 06/21/2022) |
| 06/21/2022 | 47 | MOTION to Compel Arbitration *and Stay Further Proceedings*. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 06/21/2022) |
| 06/21/2022 | 48 | MEMORANDUM OF LAW in Support re: 47 MOTION to Compel Arbitration *and Stay Further Proceedings*. . Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 06/21/2022) |

| | | |
|---|---|---|
| 06/21/2022 | 49 | DECLARATION of Dolores F. DiBella in Support re: 47 MOTION to Compel Arbitration *and Stay Further Proceedings*.. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League. (Attachments: # 1 Exhibit 1 (NFL Constitution and Bylaws), # 2 Exhibit 2 (Redacted Flores–Dolphins Agreement Excerpt), # 3 Exhibit 3 (Redacted Flores–Patriots Agreement Excerpt), # 4 Exhibit 4 (Redacted Flores–Steelers Agreement Excerpt), # 5 Exhibit 5 (Redacted Wilks–Cardinals Agreement Excerpt), # 6 Exhibit 6 (Redacted Wilks–Panthers Agreement Excerpt), # 7 Exhibit 7 (Redacted Horton–Titans Agreement Excerpt)).(Lynch, Loretta) (Entered: 06/21/2022) |
| 06/21/2022 | 50 | ***SELECTED PARTIES***DECLARATION of Dolores F. DiBella in Support re: 47 MOTION to Compel Arbitration *and Stay Further Proceedings*.. Document filed by Arizona Cardinals Football Club LLC, New York Football Giants, Inc., The National Football League, Tennessee Titans Entertainment, Inc., Miami Dolphins, Ltd., Houston NFL Holdings, L.P., Denver Broncos, Brian Flores, Ray Horton, John Doe Teams 1 through 26, Steve Wilks. (Attachments: # 1 Exhibit 1 (NFL Constitution and Bylaws), # 2 Exhibit 2 (Flores–Dolphins Agreement Excerpt), # 3 Exhibit 3 (Flores–Patriots Agreement Excerpt), # 4 Exhibit 4 (Flores–Steelers Agreement Excerpt), # 5 Exhibit 5 (Wilks–Cardinals Agreement Excerpt), # 6 Exhibit 6 (Wilks–Panthers Agreement Excerpt), # 7 Exhibit 7 (Horton–Titans Agreement Excerpt))Motion or Order to File Under Seal: 46 .(Lynch, Loretta) (Entered: 06/21/2022) |
| 06/22/2022 | 51 | ORDER with respect to 46 Letter Motion to Seal. Plaintiffs must respond not later than Monday, June 27, 2022 why Defendants should not be permitted to file Exhibits 2 through 7 under seal. SO ORDERED. (Signed by Judge Valerie E. Caproni on 6/22/2022) (tg) (Entered: 06/22/2022) |
| 06/22/2022 | | Set/Reset Deadlines: Responses due by 6/27/2022 (tg) (Entered: 06/22/2022) |
| 06/27/2022 | 52 | LETTER RESPONSE in Opposition to Motion addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated June 27, 2022 re: 46 LETTER MOTION to Seal addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated June 21, 2022. . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 06/27/2022) |
| 06/29/2022 | 53 | ORDER granting 46 Letter Motion to Seal. Application GRANTED. The Court finds that employment and financial information unrelated to Defendants' arbitration agreement with Plaintiffs have a limited bearing on whether the Motion to Compel Arbitration and Stay Further Proceedings should be granted. Accordingly, the presumption of access established by Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006) is accorded less weight, as access to the redacted information is not necessary to preserve the interested public's ability to monitor judicial decisionmaking. See id. at 119 ("[T]he weight to be given the presumption of access must be governed by the role of the material at issue in the exercise of Article III judicial power and the resultant value of such information to those monitoring the federal courts." Id. (alteration in original)). In addition, the Court finds that the privacy interests of unnamed parties included in the documents are substantial and weigh against the presumption of access. See id. at 120 (listing factors to be weighed against the presumption of access, including "the privacy interests of those resisting disclosure" (citing United States v. Amodeo, 71 F.3d 1044, 1049 (2d. Cir. 1995)). SO ORDERED. (Signed by Judge Valerie E. Caproni on 6/29/2022) (tg) (Entered: 06/29/2022) |
| 07/01/2022 | 54 | LETTER MOTION for Discovery addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated July 1, 2022. Document filed by Brian Flores, Ray Horton, Steve Wilks. (Attachments: # 1 Exhibit A (6/24/22 Correspondence from D. Wigdor to L. Lynch), # 2 Exhibit B (6/27/22 Correspondence from L. Lynch to D. Wigdor), # 3 Exhibit C (Transcript of 5/2/22 Conference), # 4 Exhibit D (Representative Article re R. Goodell Compensation), # 5 Exhibit E (NFL Statement On Brian Flores' Suit)).(Wigdor, Douglas) (Entered: 07/01/2022) |
| 07/08/2022 | 55 | LETTER RESPONSE in Opposition to Motion addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated July 8, 2022 re: 54 LETTER MOTION for Discovery addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated July 1, 2022. . Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston |

| | | NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 07/08/2022) |
|---|---|---|
| 07/18/2022 | 56 | LETTER addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated July 18, 2022 re: Request For Adjournment Sine Die of Opposition Deadline. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 07/18/2022) |
| 07/18/2022 | 57 | ORDER with respect to 47 Motion to Compel Arbitration; with respect to 54 Letter Motion for Discovery. IT IS HEREBY ORDERED that all briefing deadlines for the motion to compel arbitration are adjourned sine die until Plaintiff's request for motion–related discovery has been decided. IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at docket entry 56. SO ORDERED. (Signed by Judge Valerie E. Caproni on 7/18/2022) (tg) (Entered: 07/18/2022) |
| 08/04/2022 | 58 | OPINION AND ORDER re: 54 LETTER MOTION for Discovery addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated July 1, 2022. filed by Brian Flores, Ray Horton, Steve Wilks. For the foregoing reasons, Plaintiffs' motion for discovery is DENIED. Plaintiffs' response to the motion to compel arbitration must be filed no later than Friday, August 19, 2022. Defendants' reply brief must be filed no later than Friday, August 26, 2022. ( Responses due by 8/19/2022, Replies due by 8/26/2022.) (Signed by Judge Valerie E. Caproni on 8/4/2022) (ate) (Entered: 08/04/2022) |
| 08/09/2022 | 59 | LETTER MOTION for Extension of Time to File Response/Reply as to 47 MOTION to Compel Arbitration *and Stay Further Proceedings*. addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated August 9, 2022. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 08/09/2022) |
| 08/09/2022 | 60 | ORDER granting 59 Letter Motion for Extension of Time to File Response/Reply re 59 LETTER MOTION for Extension of Time to File Response/Reply as to 47 MOTION to Compel Arbitration *and Stay Further Proceedings*. addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated August 9, 2022. Application GRANTED. SO ORDERED. (Signed by Judge Valerie E. Caproni on 8/9/2022) Responses due by 8/31/2022 Replies due by 9/16/2022. (ks) (Entered: 08/09/2022) |
| 08/29/2022 | 61 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Fin Associates, LLC, Other Affiliate Fin 2016, LLC for Miami Dolphins, Ltd.; Corporate Parent Broncos Holdings, LLC for Denver Broncos; Corporate Parent KSA Industries, Inc. for Tennessee Titans Entertainment, Inc.. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 08/29/2022) |
| 08/31/2022 | 62 | MEMORANDUM OF LAW in Opposition re: 47 MOTION to Compel Arbitration *and Stay Further Proceedings*. . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 08/31/2022) |
| 08/31/2022 | 63 | DECLARATION of Douglas H. Wigdor in Opposition re: 47 MOTION to Compel Arbitration *and Stay Further Proceedings*.. Document filed by Brian Flores, Ray Horton, Steve Wilks. (Attachments: # 1 Exhibit A – Amended Complaint, # 2 Exhibit B – NFL Statement on Brian Flores' Lawsuit, # 3 Exhibit C – Representative Article re R. Goodell, # 4 Exhibit D – Representative Article re R. Goodell, # 5 Exhibit E – Representative Article re R. Goodell, # 6 Exhibit F – Representative Article re R. Goodell, # 7 Exhibit G – Gruden v. NFL Transcript and Order, # 8 Exhibit H – Nostalgic Partners, LLC v. Yankees Order, # 9 Exhibit I – Nostalgic Partners, LLC v. Yankees Transcript, # 10 Exhibit J – McMullen Arbitration Agreement, # 11 Exhibit K – JAMS Comprehensive Arbitration Rules and Procedures, # 12 Exhibit L – JAMS Employment Arbitration Rules and Procedures, # 13 Exhibit M – JAMS Policy on Employment Arbitration Minimum Standards of Procedural Fairness).(Wigdor, Douglas) (Entered: 08/31/2022) |
| 09/16/2022 | 64 | REPLY to Response to Motion re: 47 MOTION to Compel Arbitration *and Stay Further Proceedings*. . Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football |

| | | League..(Lynch, Loretta) (Entered: 09/16/2022) |
|---|---|---|
| 09/26/2022 | 65 | LETTER MOTION for Leave to File Sur–Reply in Further Opposition to Defendants' Motion to Compel Arbitration addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated September 26, 2022. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 09/26/2022) |
| 09/26/2022 | 66 | ORDER granting 65 Letter Motion for Leave to File Document. Application GRANTED. Plaintiffs' sur–reply, not to exceed ten double–spaced pages, is due no later than October 7, 2022. SO ORDERED. (Signed by Judge Valerie E. Caproni on 9/26/2022) (tg) (Entered: 09/26/2022) |
| 09/26/2022 | | Set/Reset Deadlines: Surreplies due by 10/7/2022. (tg) (Entered: 09/26/2022) |
| 10/07/2022 | 67 | REPLY MEMORANDUM OF LAW in Opposition re: 47 MOTION to Compel Arbitration *and Stay Further Proceedings*. *Sur–Reply*. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 10/07/2022) |
| 10/14/2022 | 68 | LETTER addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated October 14, 2022 re: New Authority Relevant to Motion to Compel Arbitration. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 10/14/2022) |
| 10/20/2022 | 69 | LETTER addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated October 20, 2022 re: Response to ECF No. 68. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 10/20/2022) |
| 02/01/2023 | 70 | ORDER with respect to 47 Motion to Compel Arbitration. IT IS HEREBY ORDERED that by no later than February 9, 2023, Defendants must submit a supplemental brief regarding the impact of the delegation clause on the pending motion to compel arbitration. Plaintiffs' response is due by February 16, 2023. The parties' submissions must not exceed five double–spaced pages. IT IS FURTHER ORDERED that Defendants must file complete copies of the contracts attached as exhibits to the DiBella Declaration at docket entries 49 and 50 by no later than February 6, 2023. Pursuant to the Court's order at docket entry 53, Defendants may file redacted versions of the exhibits on the public docket, but the Defendants must file complete, unredacted versions of the contracts with the Court pursuant to Rule 5 the Undersigned's Individual Practices. SO ORDERED. (Signed by Judge Valerie E. Caproni on 2/1/2023) (tg) (Entered: 02/01/2023) |
| 02/01/2023 | | Set/Reset Deadlines: Motions due by 2/9/2023. Responses due by 2/16/2023 (tg) (Entered: 02/01/2023) |
| 02/03/2023 | 71 | LETTER addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated February 3, 2023 re: Filing of Declaration and Exhibits. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 02/03/2023) |
| 02/03/2023 | 72 | DECLARATION of Dolores F. DiBella in Support re: 47 MOTION to Compel Arbitration *and Stay Further Proceedings*.. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League. (Attachments: # 1 Exhibit 1 – NFL Constitution and Bylaws, # 2 Exhibit 2 – Redacted Flores–Dolphins Agreement, # 3 Exhibit 3 – Redacted Flores–Patriots Agreement, # 4 Exhibit 4 – Redacted Flores–Steelers Agreement, # 5 Exhibit 5 – Redacted Wilks–Cardinals Agreement, # 6 Exhibit 6 – Redacted Wilks–Panthers Agreement, # 7 Exhibit 7 – Redacted Horton–Titans Agreement).(Lynch, Loretta) (Entered: 02/03/2023) |
| 02/03/2023 | 73 | ***SELECTED PARTIES***DECLARATION of Dolores F. DiBella in Support re: 47 MOTION to Compel Arbitration *and Stay Further Proceedings*.. Document filed by Arizona Cardinals Football Club LLC, New York Football Giants, Inc., The National Football League, Tennessee Titans Entertainment, Inc., Miami Dolphins, Ltd., Houston NFL Holdings, L.P., Denver Broncos, Brian Flores, Ray Horton, Steve |

| | | |
|---|---|---|
| | | Wilks. (Attachments: # 1 Exhibit 1 – NFL Constitution and Bylaws, # 2 Exhibit 2 – Flores–Dolphins Agreement, # 3 Exhibit 3 – Flores–Patriots Agreement, # 4 Exhibit 4 – Flores–Steelers Agreement, # 5 Exhibit 5 – Wilks–Cardinals Agreement, # 6 Exhibit 6 – Wilks–Panthers Agreement, # 7 Exhibit 7 – Horton–Titans Agreement)Motion or Order to File Under Seal: 70 .(Lynch, Loretta) (Entered: 02/03/2023) |
| 02/09/2023 | 74 | SUPPLEMENTAL RESPONSE re: 70 Order on Motion to Compel Arbitration,,, *(Supplemental Brief of Defendants in Response to the Court's Order dated February 1, 2023)*. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 02/09/2023) |
| 02/16/2023 | 75 | SUPPLEMENTAL RESPONSE re: 74 Response, . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 02/16/2023) |
| 03/01/2023 | 76 | OPINION AND ORDER re: 47 MOTION to Compel Arbitration *and Stay Further Proceedings*. filed by The National Football League, Tennessee Titans Entertainment, Inc., Denver Broncos, Arizona Cardinals Football Club LLC, Houston NFL Holdings, L.P., New York Football Giants, Inc., Miami Dolphins, Ltd.. For the foregoing reasons, Defendants' motion to compel arbitration is GRANTED except that it is DENIED as to Brian Flores's claims against the Denver Broncos, New York Giants, and the Houston Texans, and his related claims against the NFL. Defendants' request to stay the case is DENIED as to Flores's claims that may proceed to litigation and is GRANTED as to all of the claims that must be arbitrated. The Clerk of Court is respectfully directed to terminate the open motion at docket entry 47. The parties are ordered to appear for a pretrial conference on Friday, March 24, 2023, at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. By March 16, 2023, the parties must submit a joint letter regarding the status of the case, including: a. a statement of all existing deadlines, due dates, and/or cut–off dates; b. a statement describing the status of any settlement discussions and whether the parties would like a settlement conference; c. a statement of the anticipated length of trial and whether the case is to be tried to a jury; d. a statement regarding the anticipated schedule of arbitration; e. any contemplated motions; f. a proposed schedule for discovery, which must comply with the guidance set forth in the Court's model Civil Case Management Plan and Scheduling Order, available on the Court's website; g. any other issue that the parties would like to address at the pretrial conference; and h. any other information that the parties believe may assist the Court in advancing the case to settlement or trial. SO ORDERED. ( Pretrial Conference set for 3/24/2023 at 10:00 AM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni.) (Signed by Judge Valerie E. Caproni on 3/1/2023) (tg) (Entered: 03/01/2023) |
| 03/03/2023 | 77 | JOINT LETTER MOTION to Adjourn Conference addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated March 3, 2023. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 03/03/2023) |
| 03/03/2023 | 78 | ORDER granting 77 Letter Motion to Adjourn Conference. Application GRANTED. The March 24, 2023, conference is adjourned until Friday, April 7, 2023, at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' pre–conference submissions are due on March 30, 2023. SO ORDERED. Pretrial Conference set for 4/7/2023 at 10:00 AM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni. (Signed by Judge Valerie E. Caproni on 3/3/2023) (tg) (Entered: 03/03/2023) |
| 03/14/2023 | 79 | MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,,,, . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 03/14/2023) |
| 03/14/2023 | 80 | MEMORANDUM OF LAW in Support re: 79 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,, . . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 03/14/2023) |
| 03/15/2023 | 81 | MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,,, . Document filed by Denver Broncos, Houston NFL Holdings, L.P., New York Football Giants, Inc., The National Football League..(Lynch, Loretta) (Entered: |

| | | 03/15/2023) |
|---|---|---|
| 03/15/2023 | 82 | MEMORANDUM OF LAW in Support re: 81 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,, . . Document filed by Denver Broncos, Houston NFL Holdings, L.P., New York Football Giants, Inc., The National Football League..(Lynch, Loretta) (Entered: 03/15/2023) |
| 03/20/2023 | 83 | JOINT LETTER MOTION for Extension of Time *of the briefing deadlines for motions for partial reconsideration and to adjourn the pretrial conference* addressed to Judge Valerie E. Caproni from Loretta Lynch dated March 20, 2023. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 03/20/2023) |
| 03/20/2023 | 84 | ORDER granting 83 Letter Motion for Extension of Time. The parties' request to adjourn the conference scheduled for April 7, 2023, is GRANTED. Defendants must file their opposition to Plaintiffs' motion for reconsideration in a brief not to exceed fifteen double–spaced pages by Friday, March 31, 2023. Plaintiffs' consolidated opposition to Defendants' motion for reconsideration and reply to Defendants' opposition to Plaintiffs' motion for reconsideration is due by Friday, April 7, 2023, in a brief not to exceed twenty–five double–spaced pages. Defendants' reply brief is due by Friday, April 14, 2023, in a brief not to exceed ten double–spaced pages. SO ORDERED. (Signed by Judge Valerie E. Caproni on 3/20/2023) (tg) (Entered: 03/20/2023) |
| 03/20/2023 | | Set/Reset Deadlines: Responses due by 4/7/2023 Replies due by 4/14/2023. (tg) (Entered: 03/20/2023) |
| 03/21/2023 | 85 | **FILING ERROR – DEFICIENT DOCKET ENTRY – FILER ERROR –(SEE #86)** MOTION for Leave to File Brief of Amici Curiae . Document filed by Amici Curiae Law Professors. (Attachments: # 1 Exhibit A – Proposed Brief of Amici Curiae, # 2 Exhibit B– Proposed Order).(Mintzer, Kevin) Modified on 3/23/2023 (kj). (Entered: 03/21/2023) |
| 03/21/2023 | 86 | MOTION for Leave to File Brief of Amici Curiae . Document filed by Amici Curiae Law Professors. (Attachments: # 1 Exhibit A – Proposed Brief of Amici Curiae (corrected), # 2 Exhibit B – Proposed Order).(Mintzer, Kevin) (Entered: 03/21/2023) |
| 03/28/2023 | 87 | ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF LAW PROFESSORS IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION granting 86 Motion for Leave to File Document. Before the Court is the motion for leave to file the amici curiae brief of law professors in support of Plaintiffs' motion for reconsideration. Having reviewed the proposed brief and considered the motion, it is hereby ORDERED that the motion for leave to file the amici curiae brief is GRANTED. IT IS SO ORDERED. (Signed by Judge Valerie E. Caproni on 3/27/2023) (tg) (Entered: 03/28/2023) |
| 03/29/2023 | 88 | MEMORANDUM OF LAW in Support re: 79 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,, . *Filed with Leave of the Court (Dkt. No. 87)*. Document filed by Amici Curiae Law Professors..(Mintzer, Kevin) (Entered: 03/29/2023) |
| 03/31/2023 | 89 | MEMORANDUM OF LAW in Opposition re: 79 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,, . . Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 03/31/2023) |
| 04/04/2023 | 90 | LETTER MOTION for Extension of Time to File Response/Reply as to 84 Order on Motion for Extension of Time,,, addressed to Judge Valerie E. Caproni from Douglas H. Wigdor dated April 4, 2023. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 04/04/2023) |
| 04/04/2023 | 91 | ORDER granting 90 Letter Motion for Extension of Time to File Response/Reply re 90 LETTER MOTION for Extension of Time to File Response/Reply as to 84 Order on Motion for Extension of Time,,, addressed to Judge Valerie E. Caproni from |

| | | |
|---|---|---|
| | | Douglas H. Wigdor dated April 4, 2023. Application GRANTED. Plaintiffs' consolidated opposition and reply brief is due on April 11, 2023. Defendants' reply brief is due on April 21, 2023. SO ORDERED. Responses due by 4/11/2023 Replies due by 4/21/2023.. (Signed by Judge Valerie E. Caproni on 4/4/2023) (tg) (Entered: 04/04/2023) |
| 04/11/2023 | 92 | LETTER MOTION for Leave to File Declaration of Michael J. Willemin addressed to Judge Valerie E. Caproni from Michael J. Willemin dated April 11, 2023. Document filed by Brian Flores, Ray Horton, Steve Wilks. (Attachments: # 1 Exhibit 1 – Declaration of Michael J. Willemin encl. Exhibits).(Willemin, Michael) (Entered: 04/11/2023) |
| 04/11/2023 | 93 | MEMORANDUM OF LAW in Opposition re: 81 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,, . . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 04/11/2023) |
| 04/12/2023 | 94 | ORDER granting 92 Letter Motion for Leave to File Document. Application GRANTED. Defendants' request to submit the signed version of the Flores–Steelers Agreement, Defs. Mem., Dkt. 82 at 13, is also GRANTED. SO ORDERED. (Signed by Judge Valerie E. Caproni on 4/12/2023) (tg) (Entered: 04/12/2023) |
| 04/12/2023 | 95 | DECLARATION of Michael J. Willemin in Opposition re: 81 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,, .. Document filed by Brian Flores, Ray Horton, Steve Wilks. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Willemin, Michael) (Entered: 04/12/2023) |
| 04/13/2023 | 96 | LETTER addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated April 13, 2023 re: Declaration of Andrew A. Smith. Document filed by Denver Broncos, Houston NFL Holdings, L.P., New York Football Giants, Inc., The National Football League..(Lynch, Loretta) (Entered: 04/13/2023) |
| 04/13/2023 | 97 | DECLARATION of Andrew A. Smith in Support re: 81 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,, .. Document filed by Denver Broncos, Houston NFL Holdings, L.P., New York Football Giants, Inc., The National Football League. (Attachments: # 1 Exhibit A (Flores–Steelers Agreement) (REDACTED)).(Lynch, Loretta) (Entered: 04/13/2023) |
| 04/13/2023 | 98 | ***SELECTED PARTIES***DECLARATION of Andrew A. Smith in Support re: 81 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,, .. Document filed by New York Football Giants, Inc., The National Football League, Houston NFL Holdings, L.P., Denver Broncos, Brian Flores, Ray Horton, Steve Wilks. (Attachments: # 1 Exhibit A (Flores–Steelers Agreement))Motion or Order to File Under Seal: 53 .(Lynch, Loretta) (Entered: 04/13/2023) |
| 04/21/2023 | 99 | REPLY MEMORANDUM OF LAW in Support re: 81 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,, . . Document filed by Denver Broncos, Houston NFL Holdings, L.P., New York Football Giants, Inc., The National Football League..(Lynch, Loretta) (Entered: 04/21/2023) |
| 07/11/2023 | 100 | ENDORSED LETTER addressed to The Court from Dr. Jaquel Pitts, Ph.D. dated 7/8/2023 re: Order on Pitts Motion to Intervene. ENDORSEMENT: Application DENIED. Mr. Pitts has not adequately pled sufficient, non–conclusory facts to establish that he has an interest in the subject of this lawsuit, a statutory right to intervene, or a common claim or defense with the parties as required by Federal Rule of Civil Procedure 24. See, e.g., Floyd v. City of New York, 802 F.R.D. 69, 83 (S.D.N.Y. 2014). The Court will file the confidential medical information submitted by Mr. Pitts under seal. SO ORDERED. (Signed by Judge Valerie E. Caproni on 7/11/2023) (tg) (Entered: 07/11/2023) |
| 07/11/2023 | | ***DELETED DOCUMENT. Deleted document number 101 Notice of appeal. The document was incorrectly filed in this case. (nd) (Entered: 07/14/2023) |
| 07/11/2023 | 101 | NOTICE OF INTERLOCUTORY APPEAL from 100 Endorsed Letter. Document filed by Dr. Jaquel Pitts, Ph.D. (Attachments: # 1 Exhibit Order being appealed, # 2 Exhibit complaint, # 3 Exhibit letter, # 4 Exhibit degree, # 5 Exhibit resume, # 6 Exhibit certificates).(nd) (Entered: 07/14/2023) |

| | | |
|---|---|---|
| 07/11/2023 | | Appeal Fee Due: for 101 Notice of Interlocutory Appeal by Dr. Jaquel Pitts, Ph.D. $505.00 Appeal fee due by 7/25/2023..(nd) (Entered: 07/14/2023) |
| 07/14/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 101 Notice of Interlocutory Appeal,..(nd) (Entered: 07/14/2023) |
| 07/14/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 101 Notice of Interlocutory Appeal by Dr. Jaquel Pitts, Ph.D. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 07/14/2023) |
| 07/24/2023 | 106 | APPLICATION FOR THE COURT TO REQUEST PRO BONO COUNSEL. Document filed by Dr.Jaquel Jerai Pitts, PhD.(sc) (Entered: 07/28/2023) |
| 07/25/2023 | 102 | OPINION AND ORDER re: 81 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings, . filed by The National Football League, Denver Broncos, Houston NFL Holdings, L.P., New York Football Giants, Inc., 79 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings, . filed by Brian Flores, Ray Horton, Steve Wilks., For the foregoing reasons, both Plaintiffs' and Defendants' motions for reconsideration are DENIED. The Clerk of Court is respectfully directed to terminate the open motions at docket entries 79 and 81. The parties are ordered to appear for a pretrial conference on Friday, August 4, 2023, at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. By July 27, 2023, the parties must submit a joint letter, the contents of which are described on pages 29 and 30 of the Arbitration Opinion. (Pretrial Conference set for 8/4/2023 at 10:00 AM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni.) (Signed by Judge Valerie E. Caproni on 7/25/2023) (rro) (Entered: 07/25/2023) |
| 07/25/2023 | 103 | NOTICE OF APPEARANCE by Marjorie Mesidor on behalf of Brian Flores, Ray Horton, Steve Wilks..(Mesidor, Marjorie) (Entered: 07/25/2023) |
| 07/26/2023 | 104 | JOINT LETTER MOTION for Extension of Time *of the deadline for the parties' joint letter and to adjourn the pretrial conference* addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated July 26, 2023. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 07/26/2023) |
| 07/27/2023 | 105 | ORDER granting 104 Letter Motion for Extension of Time. Application GRANTED. The status conference in this matter will be held on Wednesday, August 30, 2023, at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The parties' joint letter is due August 22, 2023. SO ORDERED. (Signed by Judge Valerie E. Caproni on 7/27/2023) (rro) (Entered: 07/27/2023) |
| 07/27/2023 | | Set/Reset Hearings: Status Conference set for 8/30/2023 at 10:00 AM in Courtroom 443, 40 Centre Street, New York, NY 10007 before Judge Valerie E. Caproni. (rro) (Entered: 07/27/2023) |
| 07/31/2023 | 107 | ORDER terminating 106 Application for the Court to Request Counsel. Because Mr. Pitts has appealed the Court's decision to deny his motion to intervene, the Court no longer has jurisdiction over this matter. The Clerk of Court is respectfully directed to transmit a copy of Mr. Pitt's application to the Second Circuit and to note the transmission on the docket, and to CLOSE the open motion at Dkt. 106. The Clerk of Court is further directed to mail a copy of the endorsed order to Jacquel Pitts, 421 Broadway Ave #24, San Diego, CA 92101, and to note the mailing on the docket. Mr. Pitts is advised that all communications with the Court should be made by filing a letter. If Mr. Pitts has difficulty doing so, the Court advises him to consult the websites for the Southern District of New York and the Second Circuit for guidance on filing materials pro se. The Court is unable to act on communications or filings sent directly to the Chambers email address. SO ORDERED.. (Signed by Judge Valerie E. Caproni on 7/31/2023) (kv) Transmission to Appeals Clerk. Transmission to Docket Assistant Clerk for processing. (Entered: 07/31/2023) |
| 07/31/2023 | 108 | NOTICE OF INTERLOCUTORY APPEAL from 100 Endorsed Letter, Jaquel Pitts. Form D−P is due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit Motion for IFP, # 2 Exhibit Order).(km) (Entered: 08/02/2023) |

| 07/31/2023 | 109 | MOTION for Leave to Appeal in forma pauperis. Document filed by Jaquel Pitts.(km) (Entered: 08/02/2023) |
|---|---|---|
| 08/01/2023 | | Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 105 Order on Motion for Extension of Time, 104 JOINT LETTER MOTION for Extension of Time *of the deadline for the parties' joint letter and to adjourn the pretrial conference* addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated July 26, 2023. filed by The National Football League, Tennessee Titans Entertainment, Inc., Denver Broncos, Arizona Cardinals Football Club LLC, Houston NFL Holdings, L.P., New York Football Giants, Inc., Miami Dolphins, Ltd., 107 Order on Application for the Court to Request Counsel, 106 APPLICATION for the Court to Request Counsel., 102 Memorandum & Opinion, Set Deadlines/Hearings, 103 Notice of Appearance filed by Brian Flores, Ray Horton, Steve Wilks were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/01/2023) |
| 08/01/2023 | | Mailed a copy of 107 Order on Application for the Court to Request Counsel, to Jacquel Pitts, 421 Broadway Ave #24, San Diego, CA 92101..(nb) (Entered: 08/01/2023) |
| 08/02/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 108 Notice of Interlocutory Appeal. (km) (Entered: 08/02/2023) |
| 08/02/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 108 Notice of Interlocutory Appeal were transmitted to the U.S. Court of Appeals. (km) (Entered: 08/02/2023) |
| 08/02/2023 | 110 | MEMO ENDORSEMENT terminating 109 Motion for Leave to Appeal in forma pauperis. ENDORSEMENT: The Clerk of Court is respectfully directed to transmit a copy of the application at Dkt. 109 to the Second Circuit and to note the transmission on the docket. The Clerk of Court is further directed to terminate the open motion at Dkt. 109. SO ORDERED. (Signed by Judge Valerie E. Caproni on 8/2/2023) (tg) Transmission to Appeals Clerk. (Entered: 08/03/2023) |
| 08/03/2023 | | Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 109 MOTION for Leave to Appeal in forma pauperis., 110 Order on Motion for Leave to Appeal in forma pauperis, were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/03/2023) |
| 08/14/2023 | 111 | MOTION, Re: for Extension of Time to File Notice of Appeal.Document filed by Jaquel J. Pitts.(sc) (Entered: 08/15/2023) |
| 08/15/2023 | 112 | MEMO ENDORSEMENT denying as moot 111 Motion for Extension of Time. ENDORSEMENT: Application DENIED as moot. Mr. Pitts has already filed a notice of appeal of the Court's order denying his motion to intervene in this case. Dkt. 108. Accordingly, Mr. Pitts' motion to intervene is now with the Second Circuit. To the extent that Mr. Pitts seeks an extension of any deadlines set by the Second Circuit, he must make any such application to the Second Circuit. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 111. The Clerk of Court is further directed to mail a copy of the endorsed order to Jacquel Pitts, 1439 N. Highland Ave #216, Los Angeles, CA, 90028, and to note the mailing on the docket. SO ORDERED. (Signed by Judge Valerie E. Caproni on 8/15/2023) (tg) Transmission to Docket Assistant Clerk for processing. (Entered: 08/15/2023) |
| 08/16/2023 | | Mailed a copy of 112 Order on Motion for Extension of Time,,, to Jacquel Pitts, 421 Broadway Ave #24, San Diego, CA 92101. (ta) (Entered: 08/16/2023) |
| 08/21/2023 | 113 | NOTICE OF INTERLOCUTORY APPEAL from 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,, 102 Memorandum & Opinion, Set Deadlines/Hearings,,,,,,,,. Document filed by Denver Broncos, Houston NFL Holdings, L.P., New York Football Giants, Inc., The National Football League. Filing fee $ 505.00, receipt number ANYSDC–28177372. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Lynch, Loretta) (Entered: 08/21/2023) |
| 08/21/2023 | 114 | LETTER addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated August 21, 2023 re: Coinbase v. Bielski. Document filed by Denver Broncos, Houston NFL Holdings, L.P., New York Football Giants, Inc., The National Football League. (Attachments: # 1 Exhibit – Coinbase decision).(Lynch, Loretta) (Entered: 08/21/2023) |

| 08/21/2023 | 115 | MEMO ENDORSEMENT on re: 114 Letter filed by The National Football League, Denver Broncos, Houston NFL Holdings, L.P., New York Football Giants, Inc. ENDORSEMENT: Application GRANTED. The August 30, 2023, conference is CANCELLED, and all deadlines are STAYED. The Clerk of Court is respectfully directed to STAY the case. SO ORDERED. (Signed by Judge Valerie E. Caproni on 8/21/2023) (ama) (Entered: 08/22/2023) |
|---|---|---|
| 08/21/2023 | | Case Stayed (ama) (Entered: 08/22/2023) |
| 08/22/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 113 Notice of Interlocutory Appeal,..(nd) (Entered: 08/22/2023) |
| 08/22/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 113 Notice of Interlocutory Appeal, filed by The National Football League, Denver Broncos, Houston NFL Holdings, L.P., New York Football Giants, Inc. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 08/22/2023) |
| 08/29/2023 | 116 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 08/29/2023) |
| 08/29/2023 | 117 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 08/29/2023) |
| 08/29/2023 | 118 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 08/29/2023) |
| 09/05/2023 | 119 | MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. 1292(b)*. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Gottlieb, David) (Entered: 09/05/2023) |
| 09/05/2023 | 120 | MEMORANDUM OF LAW in Support re: 119 MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. 1292(b)*. . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Gottlieb, David) (Entered: 09/05/2023) |
| 09/05/2023 | 121 | DECLARATION of David E. Gottlieb in Support re: 119 MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. 1292(b)*.. Document filed by Brian Flores, Ray Horton, Steve Wilks. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Gottlieb, David) (Entered: 09/05/2023) |
| 09/05/2023 | 122 | NOTICE OF CROSS APPEAL from 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,,,,, 102 Memorandum & Opinion, Set Deadlines/Hearings,,,,,,,,,. Document filed by Brian Flores, Ray Horton, Steve Wilks. Filing fee $ 505.00, receipt number ANYSDC–28241544. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Gottlieb, David) (Entered: 09/05/2023) |
| 09/06/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 122 Notice of Cross Appeal.(km) (Entered: 09/06/2023) |
| 09/06/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 122 Notice of Cross Appeal, filed by Brian Flores, Ray Horton, Steve Wilks were transmitted to the U.S. Court of Appeals.(km) (Entered: 09/06/2023) |
| 09/06/2023 | 123 | ORDER: IT IS HEREBY ORDERED that Defendants' opposition to Plaintiffs' motion for a certificate of appealability, including their position on the jurisdictional effect of Plaintiffs' appeal on the pending motion for a certificate of appealability, is due not later than September 19, 2023. Plaintiffs' reply is due by September 26, 2023. SO ORDERED. ( Replies due by 9/26/2023., Responses due by 9/19/2023) (Signed by Judge Valerie E. Caproni on 9/6/2023) (tg) (Entered: 09/06/2023) |
| 09/08/2023 | 124 | JOINT LETTER MOTION for Extension of Time to File Response/Reply as to 123 Order, Set Deadlines,, addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated September 8, 2023. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 09/08/2023) |
| 09/11/2023 | 125 | ORDER granting 124 Letter Motion for Extension of Time to File Response/Reply re 124 JOINT LETTER MOTION for Extension of Time to File Response/Reply as to 123 Order, Set Deadlines,, addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated September 8, 2023., 119 MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. 1292(b)*. The parties' proposed briefing schedule is APPROVED. SO ORDERED. Responses due by 10/5/2023 Replies due by |

| | | |
|---|---|---|
| | | 10/20/2023. (Signed by Judge Valerie E. Caproni on 9/11/2023) (tg) (Entered: 09/11/2023) |
| 10/05/2023 | 126 | MEMORANDUM OF LAW in Opposition re: 119 MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. 1292(b)*. . Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 10/05/2023) |
| 10/20/2023 | 127 | REPLY MEMORANDUM OF LAW in Support re: 119 MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. 1292(b)*. . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 10/20/2023) |
| 12/06/2023 | 128 | MANDATE of USCA (Certified Copy) as to 101 Notice of Interlocutory Appeal. USCA Case Number 23−1027. Ordered that the appeal is DISMISSED.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 12/6/2023..(nd) (Entered: 12/06/2023) |
| 01/04/2024 | 129 | OPINION AND ORDER re: 119 MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. 1292(b)*. filed by Brian Flores, Ray Horton, Steve Wilks. For the foregoing reasons, Plaintiffs' motion to certify the Issues for Appeal to the Second Circuit is DENIED. The Clerk of Court is respectfully directed to close the open motion at Docket Entry 119. SO ORDERED. (Signed by Judge Valerie E. Caproni on 1/4/2024) (ks) (Entered: 01/04/2024) |
| 04/05/2024 | 130 | MOTION for Marjorie Mesidor to Withdraw as Attorney . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Mesidor, Marjorie) (Entered: 04/05/2024) |
| 04/05/2024 | 131 | MEMO ENDORSEMENT granting 130 Motion to Withdraw as Attorney. ENDORSEMENT: Application GRANTED. SO ORDERED. Attorney Marjorie Mesidor terminated. (Signed by Judge Valerie E. Caproni on 4/5/2024) (tg) (Entered: 04/05/2024) |
| 05/02/2024 | 132 | MANDATE of USCA (Certified Copy) as to 122 Notice of Cross Appeal, filed by Brian Flores, Ray Horton, Steve Wilks. USCA Case Number 23−1225 (Con). Defendants−Appellants−Cross−Appellees move to dismiss the cross−appeal docketed under 23− 1225 for lack of appellate jurisdiction. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and the cross−appeal is DISMISSED. See Ogunkoya v. Monaghan, 913 F.3d 64, 72 (2d Cir. 2019) (discussing pendent appellate jurisdiction); Myers v. Hertz Corp., 624 F.3d 537, 552−53 (2d Cir. 2010) (same).. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 5/2/2024..(nd) (Entered: 05/02/2024) |
| 10/23/2024 | 133 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by The National Football League, New York Football Giants, Inc., Miami Dolphins, Ltd., Denver Broncos, Houston NFL Holdings, L.P., Arizona Cardinals Football Club LLC, Tennessee Titans Entertainment, Inc...(Usui, Maia) (Entered: 10/23/2024) |
| 10/23/2024 | 134 | MEMO ENDORSEMENT on re: 133 Proposed Order for Withdrawal of Attorney The National Football League, Tennessee Titans Entertainment, Inc., Denver Broncos, Arizona Cardinals Football Club LLC, Houston NFL Holdings, L.P., New York Football Giants, Inc., Miami Dolphins, Ltd.. ENDORSEMENT: SO ORDERED. Attorney Maia Usui terminated. (Signed by Judge Valerie E. Caproni on 10/23/2024) (tg) Modified on 10/23/2024 (tg). (Entered: 10/23/2024) |
| 01/23/2025 | 135 | NOTICE OF APPEARANCE by Michael W Caspino on behalf of Steve Wilks..(Caspino, Michael) (Entered: 01/23/2025) |
| 06/05/2025 | 136 | NOTICE of Withdrawal of Appearance of Counsel Michael W. Caspino re: 135 Notice of Appearance. Document filed by Steve Wilks..(Caspino, Michael) (Entered: 06/05/2025) |
| 06/09/2025 | 137 | MEMO ENDORSEMENT on re: 136 Notice (Other) filed by Steve Wilks. ENDORSEMENT: Application GRANTED. The Clerk of Court is respectfully directed to terminate Michael Caspino as counsel for Plaintiff Steve Wilks. SO ORDERED. Attorney Michael W Caspino terminated. (Signed by Judge Valerie E. Caproni on 6/9/2025) (tg) (Entered: 06/09/2025) |

| 06/17/2025 | 138 | ORDER TO SHOW CAUSE: IT IS HEREBY ORDERED that Mr. Caspino is ordered to show cause by July 7, 2025, why the Court should not refer him to the disciplinary panel of this Court to consider whether he should be sanctioned for his conduct. As part of that submission, Mr. Caspino is required to provide a certificate of good standing from each state in which he is a member of the bar and explain, under oath: 1) how he was able to file a Notice of Appearance in the Southern District of New York on ECF despite not being a member of the bar for the Southern District of New York; 2) why his signature block in filings at docket entries 135 and 136 states "Pro Hac Vice Pending" despite the fact that Mr. Caspino never filed a motion to be admitted Pro Hac Vice in the Southern District of New York; 3) why he represented in the notice of appearance that he is "admitted or otherwise authorized to practice in this court" when it appears that it not accurate; 4) why as of June 17, 2025, his website (https://www.pricecaspino.com/michael–caspino) continues to represent falsely that he is a member of the Arizona bar; and 5) unless he has provided a certificate of good standing from the bars of California, Colorado, and Nevada, why, as of June 17, 2025, his website represents he is a member of the bars of those states. If Mr. Caspino fails to provide at least one certificate of good standing from the bar of at least one state, his submission must also address why a criminal referral for the unauthorized practice of law is not appropriate. The Clerk of Court is respectfully directed to mail a copy of this Order to Show Cause to Michael Caspino at 30442 Esperanza, Rancho Santa Margarita, CA 92688 and to email a copy to mcaspino@pricecaspino.com. SO ORDERED. (Signed by Judge Valerie E. Caproni on 6/17/2025) (tg) Transmission to Docket Assistant Clerk for processing. (Entered: 06/17/2025) |
| 06/17/2025 | | Mailed a copy of 138 Order to Show Cause, to Michael Caspino at 30442 Esperanza, Rancho Santa Margarita, CA 92688. (aqd) (Entered: 06/17/2025) |
| 07/07/2025 | 139 | LETTER addressed to Judge Valerie E. Caproni from Michael W. Caspino dated July 7, 2025 re: Order To Show Cause – Document 138. Document filed by Michael Caspino. (Attachments: # 1 Exhibit Certificate of Good Standing).(Caspino, Michael) (Entered: 07/07/2025) |
| 07/09/2025 | 140 | ORDER: IT IS HEREBY ORDERED that Mr. Caspino is ordered to explain, under oath, how he was able to file a Notice of Appearance in SDNY on ECF despite not being a member of the SDNY bar and to provide a Certificate of Good Standing from the California Bar by no later than July 31, 2025. IT IS FURTHER ORDERED that, also not later than July 31, 2025, Mr. Caspino must provide a more complete explanation of how he came to represent falsely that he was "admitted or otherwise authorized to practice in this court;" when it was decided that he would not represent Mr. Wilks in this action; why he thought it appropriate to state that admission pro hac vice was pending when no motion had been made; when his membership in the bars of Nevada and Colorado lapsed; when he was reinstated to the Arizona Bar and proof from the Arizona Bar that he has, in fact, been reinstated; and why he should not be referred to the disciplinary panel of this Court in light of his admitted misrepresentations to the Court. The Clerk of Court is respectfully directed to mail a copy of this Order to Show Cause to Michael Caspino at 30442 Esperanza, Rancho Santa Margarita, CA 92688 and to email a copy to mcaspino@pricecaspino.com. SO ORDERED. (Signed by Judge Valerie E. Caproni on 7/9/2025) (tg) Transmission to Docket Assistant Clerk for processing. (Entered: 07/09/2025) |
| 07/09/2025 | | Mailed a copy of 140 Order, to Michael Caspino at 30442 Esperanza, Rancho Santa Margarita, CA 92688. (aqd) (Entered: 07/09/2025) |
| 07/17/2025 | 141 | NOTICE OF APPEARANCE by Jacqueline Donajy Carranza on behalf of Brian Flores, Ray Horton, Steve Wilks..(Carranza, Jacqueline) (Entered: 07/17/2025) |
| 07/31/2025 | 142 | LETTER addressed to Judge Valerie E. Caproni from Michael W. Caspino dated July 31, 2025 re: Response to Order (Document 140). Document filed by Michael Caspino. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Arizona Reinstatement Letter).(Caspino, Michael) (Entered: 07/31/2025) |
| 08/05/2025 | 143 | ORDER: IT IS HEREBY ORDERED that Mr. Caspino is ordered to appear in person for a hearing on August 25, 2025 at 10:30 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007 and be prepared to explain under oath: (i) how he obtained ECF filing privileges in this Court without being admitted to practice in this Court; (ii) how he came to represent falsely in the Notice of Appearance that he was admitted or otherwise authorized to practice |

| | | |
|---|---|---|
| | | in this court, Dkt. 135; (iii) when it was decided that he would not represent Mr. Wilks in this action; (iv) why he thought it appropriate to represent that admission pro hac vice was pending when no motion had been made, Dkt. 135, 136; (v) whether he has previously filed notices of appearance in any other court falsely representing that he was admitted or otherwise authorized to practice in this court, even though he was not and, if so, in what cases and in what jurisdictions; and (vi) why he failed to respond fully to either of the orders issued by this Court, Dkts. 138, 140. The Clerk of Court is respectfully directed to mail a copy of this Order to Show Cause to Michael Caspino at 30442 Esperanza, Rancho Santa Margarita, CA 92688 and to email a copy to mcaspino@pricecaspino.com. SO ORDERED. ( Status Conference set for 8/25/2025 at 10:30 AM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge Valerie E. Caproni.) (Signed by Judge Valerie E. Caproni on 8/5/2025) (tg) Transmission to Docket Assistant Clerk for processing. (Entered: 08/05/2025) |
| 08/07/2025 | | Mailed a copy of 143 Order to Michael Caspino at 30442 Esperanza, Rancho Santa Margarita, CA 92688 and via email to mcaspino@pricecaspino.com. (nb) (Entered: 08/07/2025) |
| 08/21/2025 | 144 | LETTER addressed to Judge Valerie E. Caproni from Michael W. Caspino dated August 21, 2025 re: Order for hearing – Document 142. Document filed by Michael Caspino..(Caspino, Michael) (Entered: 08/21/2025) |
| 08/22/2025 | 145 | MEMO ENDORSEMENT on re: 144 Letter filed by Michael Caspino. ENDORSEMENT: Application DENIED. By no later than August 22, 2025 at 12:00 P.M. Pacific Standard Time, Mr. Caspino must provide the Court with the name of the case, case number, the presiding judge, and a copy of the Order scheduling the August 25, 2025 court appearance in Orange County Superior Court that he referenced in his declaration. Mr. Caspino's declaration makes multiple references stating that he has "voluntarily complied with the Court's Order" and "voluntarily provided answers," which suggests that he does not consider that he is subject to the jurisdiction of the Southern District of New York. He is clearly mistaken. The grievance committee of the Southern District of New York may discipline "[a]ny attorney not a member of the bar of this court [who] has appeared at the bar of this court without permission to do so," Local Civ. R. 1.5(b)(6), and the grievance committee may discipline "any attorney" who, "in connection with activities in this court," engages in "conduct violative of the New York State Rules of Professional Conduct," Local Civ. R. 1.5(b)(5). (Signed by Judge Valerie E. Caproni on 8/22/2025) (mml) (Entered: 08/22/2025) |
| 08/22/2025 | 146 | LETTER addressed to Judge Valerie E. Caproni from Michael W. Caspino dated August 22, 2025 re: Docket 145. Document filed by Michael Caspino. (Attachments: # 1 Exhibit Court Minute Order).(Caspino, Michael) (Entered: 08/22/2025) |
| 08/25/2025 | 147 | ORDER: IT IS HEREBY ORDERED that the show cause hearing currently scheduled for August 25, 2025 at 10:30 A.M. is ADJOURNED to August 26, 2025 at 2:30 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Mr. Caspino must be prepared to explain under oath: (i) how he obtained ECF filing privileges without proper admission; (ii) why he failed to comply with previous court orders; (iii) whether he has engaged in this "standard practice" in other cases in this or other jurisdictions; (iv) andwhy, knowing since August 5, 2025, that he had a conflict on the date this Court scheduled for the hearing he waited so late to inform the court of the conflict and never asked for an adjournment. SO ORDERED. (Show Cause Hearing set for 8/26/2025 at 02:30 PM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge Valerie E. Caproni.) (Signed by Judge Valerie E. Caproni on 8/23/2025) (anc) (Entered: 08/25/2025) |
| 08/25/2025 | 148 | LETTER addressed to Judge Valerie E. Caproni from Michael W. Caspino dated August 25, 2025 re: Docket 147. Document filed by Michael Caspino. (Attachments: # 1 Exhibit Order for Settlement Conference).(Caspino, Michael) (Entered: 08/25/2025) |
| 08/26/2025 | 149 | MEMO ENDORSEMENT on re: 148 Letter filed by Michael Caspino. Application DENIED. Mr. Caspino's request to appear telephonically at the August 26, 2025 conference is DENIED. Pursuant to the Undersigned's Individual Rule 2(C), all adjournment requests must be made at least 48 hours prior to the original due date. SO ORDERED. (Signed by Judge Valerie E. Caproni on 8/26/2025) (anc) (Entered: |

| | | 08/26/2025) |
|---|---|---|
| 08/26/2025 | 150 | ORDER TO SHOW CAUSE: IT IS HEREBY ORDERED that Mr. Caspino is ordered to show cause why he should not be held in contempt and sanctioned accordingly for his failure to appear at the show cause hearing scheduled for August 26, 2025. By no later than noon EST, August 28, 2025, Mr. Caspino must provide three dates during the last two weeks of September 2025 on which he is available to appear in–person in the Southern District of New York for the show cause hearing. IT IS FURTHER ORDERED that if Mr. Caspino wishes to submit a memorandum of law or other materials in connection with any of the orders to show cause that are pending, including the current order to show cause why he should not be held in contempt and sanctioned accordingly, all such materials must be filed no later than September 12, 2025. SO ORDERED. (Signed by Judge Valerie E. Caproni on 8/26/2025) (tg) (Entered: 08/27/2025) |
| 08/26/2025 | | Minute Entry for proceedings held before Judge Valerie E. Caproni: Show Cause Hearing held on 8/26/2025. No attorneys present. Court Reporter Doug Colavito present. (anc) (Entered: 08/27/2025) |
| 08/27/2025 | 151 | LETTER addressed to Judge Valerie E. Caproni from Michael W. Caspino dated August 27, 2025 re: Docket 150. Document filed by Michael Caspino..(Caspino, Michael) (Entered: 08/27/2025) |
| 08/28/2025 | 152 | MEMO ENDORSEMENT on re: 151 Letter filed by Michael Caspino. ENDORSEMENT: The show cause hearing is scheduled for September 26, 2025 at 2:00 P.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Mr. Caspino should be prepared to answer the Court's questions that it posed in the Orders to Show Cause at docket entries 143 and 147. SO ORDERED. ( Show Cause Hearing set for 9/26/2025 at 02:00 PM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge Valerie E. Caproni.) (Signed by Judge Valerie E. Caproni on 8/28/2025) (tg) (Entered: 08/28/2025) |
| 09/16/2025 | 153 | MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,,, . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Gottlieb, David) (Entered: 09/16/2025) |
| 09/16/2025 | 154 | MEMORANDUM OF LAW in Support re: 153 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,, . . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Gottlieb, David) (Entered: 09/16/2025) |
| 09/16/2025 | 155 | DECLARATION of David E. Gottlieb in Support re: 153 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,, .. Document filed by Brian Flores, Ray Horton, Steve Wilks. (Attachments: # 1 Exhibit A – Second Circuit Decision, # 2 Exhibit B – Correspondence with Statement of Claim, # 3 Exhibit C – Employment Agreement, # 4 Exhibit D – Employment Agreement, # 5 Exhibit E – Employment Agreement, # 6 Exhibit F – DRPG, # 7 Exhibit G – Correspondence (exhibits excluded), # 8 Exhibit H – Correspondence, # 9 Exhibit I – Correspondence (exhibits excluded), # 10 Exhibit J – Correspondence, # 11 Exhibit K – Order, # 12 Exhibit L – Correspondence, # 13 Exhibit M – Correspondence, # 14 Exhibit N – Correspondence, # 15 Exhibit O – Memorandum (exhibits excluded), # 16 Exhibit P – Memorandum, # 17 Exhibit Q – Memorandum).(Gottlieb, David) (Entered: 09/16/2025) |
| 09/26/2025 | | Minute Entry for proceedings held before Judge Valerie E. Caproni: Show Cause Hearing held on 9/26/2025. Michael Caspino present. Court Reporter Doug Colavito present. (anc) (Entered: 09/26/2025) |
| 09/26/2025 | 156 | LETTER addressed to Judge Valerie E. Caproni from David E. Gottlieb dated September 26, 2025 re: Supplemental Information Regarding Plaintiffs' Motion for Reconsideration. Document filed by Brian Flores, Ray Horton, Steve Wilks. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Gottlieb, David) (Entered: 09/26/2025) |
| 09/29/2025 | 157 | ORDER TO SHOW CAUSE: IT IS HEREBY ORDERED that by October 3, 2025, Mr. Caspino must provide the Court (1) a declaration from Mr. Steve Wilks attesting to any compensation or other benefits provided to Mr. Caspino in connection with the above–captioned matter and (2) any materials that Mr. Casino – or anyone else on his |

| | | |
|---|---|---|
| | | behalf – had prepared for his pro hac vice motion when his preparation allegedly began in January or February of 2025, including but not limited to Certificates of Good Standing (or receipts of their request) from any jurisdiction. SO ORDERED. (Signed by Judge Valerie E. Caproni on 9/29/2025) (tg) (Entered: 09/29/2025) |
| 09/29/2025 | 158 | LETTER addressed to Judge Valerie E. Caproni from David E. Gottlieb dated 9/29/2025 re: Further Supplemental Information Regarding Plaintiffs' Motion for Reconsideration. Document filed by Brian Flores, Ray Horton, Steve Wilks. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Gottlieb, David) (Entered: 09/29/2025) |
| 09/30/2025 | 159 | MEMORANDUM OF LAW in Opposition re: 153 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,, . . Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League..(Lynch, Loretta) (Entered: 09/30/2025) |
| 09/30/2025 | 160 | MEMO ENDORSEMENT on re: 158 Letter, filed by Brian Flores, Ray Horton, Steve Wilks. ENDORSEMENT: The arbitration proceedings must remain in abeyance pending the outcome of Plaintiffs' Motion for Reconsideration at Dkt. 153. SO ORDERED. (Signed by Judge Valerie E. Caproni on 9/30/2025) (tg) (Entered: 09/30/2025) |
| 10/01/2025 | 161 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Kannon K. Shanmugam to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31795440. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League. (Attachments: # 1 Exhibit Declaration of Kannon K. Shanmugam in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit DC Court of Appeals, Kansas, New York, and Virginia Certificates of Good Standing, # 3 Exhibit [Proposed] Order for Admission Pro Hac Vice).(Shanmugam, Kannon) Modified on 10/1/2025 (bc). (Entered: 10/01/2025) |
| 10/01/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 161 MOTION for Kannon K. Shanmugam to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31795440. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 10/01/2025) |
| 10/03/2025 | 162 | LETTER addressed to Judge Valerie E. Caproni from Michael W. Caspino dated October 3, 2025 re: Michael Caspino. Document filed by Michael Caspino. (Attachments: # 1 Exhibit Declaration of Former Employee).(Caspino, Michael) (Entered: 10/03/2025) |
| 10/03/2025 | 163 | LETTER addressed to Judge Valerie E. Caproni from Michael W. Caspino dated October 3, 2025 re: Michael Caspino. Document filed by Michael Caspino..(Caspino, Michael) (Entered: 10/03/2025) |
| 10/06/2025 | 164 | ORDER TO SHOW CAUSE: IT IS HEREBY ORDERED that by October 20, 2025, Mr. Caspino must provide the Court (1) proof of credit/debit card or check payment for the Certificates of Good Standing obtained in the January/February 2025 timeframe, referenced by Dkt. 162–1 Paragraph 5–7, and (2) proof from the State Bar of California that a request for a Certificate of Good Standing was made on Mr. Caspino's behalf between January 23, 2025, and February 13, 2025. SO ORDERED. (Signed by Judge Valerie E. Caproni on 10/6/2025) (tg) (Entered: 10/06/2025) |
| 10/07/2025 | 165 | LETTER addressed to Judge Valerie E. Caproni from David E. Gottlieb dated 10/7/25 re: Outcome of Defendants' Petition for Rehearing en banc. Document filed by Brian Flores, Ray Horton, Steve Wilks. (Attachments: # 1 Exhibit A – 2nd Circuit Order).(Gottlieb, David) (Entered: 10/07/2025) |

| 10/07/2025 | 166 | REPLY MEMORANDUM OF LAW in Support re: 153 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings,,,,,,,,,,,,,,,,, . . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Gottlieb, David) (Entered: 10/07/2025) |
|---|---|---|
| 10/09/2025 | 167 | LETTER addressed to Judge Valerie E. Caproni from Loretta E. Lynch dated October 9, 2025 re: OTSC Hearing. Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League. (Attachments: # 1 Exhibit A– 7/21/2025 Arizona Disciplinary Complaint, # 2 Exhibit B– 7/28/2025 Arizona Order of Suspension).(Lynch, Loretta) (Entered: 10/09/2025) |
| 10/09/2025 | 168 | MOTION for Kannon Kumar Shanmugam to Appear Pro Hac Vice *(REFILING – ALREADY PAID (Receipt Number: ANYSDC–31795440))*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League. (Attachments: # 1 Exhibit Declaration of Kannon K. Shanmugam in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit DC Court of Appeals, Kansas, New York, Virginia Certificates of Good Standing, # 3 Exhibit [Proposed] Order for Admission Pro Hac Vice).(Shanmugam, Kannon) (Entered: 10/09/2025) |
| 10/12/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 168 MOTION for Kannon Kumar Shanmugam to Appear Pro Hac Vice *(REFILING – ALREADY PAID (Receipt Number: ANYSDC–31795440))*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entered: 10/12/2025) |
| 10/14/2025 | 169 | ORDER FOR ADMISSION PRO HAC VICE granting 168 Motion to Appear Pro Hac Vice. The motion of KANNON K. SHANMUGAM for admission to practice pro hac vice in the above–captioned action is GRANTED. As further set forth by this Order. (Signed by Judge Valerie E. Caproni on 10/14/2025) (tg) (Entered: 10/14/2025) |
| 10/17/2025 | 170 | MANDATE of USCA (Certified Copy) as to 113 Notice of Interlocutory Appeal, filed by The National Football League, Denver Broncos, Houston NFL Holdings, L.P., New York Football Giants, Inc. USCA Case Number 23–1185. IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's orders denying the motion to compel arbitration of Plaintiff–Appellee Brian Flores' claims against the Denver Broncos, New York Giants, Houston Texans, and NFL, and denying reconsideration, are AFFIRMED.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 10/17/2025..(nd) (Entered: 10/17/2025) |
| 10/20/2025 | 171 | LETTER addressed to Judge Valerie E. Caproni from Michael W. Caspino dated 10/20/2025 re: Docket 164. Document filed by Michael Caspino. (Attachments: # 1 Exhibit State Bar Receipt).(Caspino, Michael) (Entered: 10/20/2025) |
| 10/21/2025 | 172 | ORDER TO SHOW CAUSE: IT IS HEREBY ORDERED that by October 28, 2025, Mr. Caspino must provide proof from the State Bar of California that the request referenced was for a certificate on Mr. Caspino's behalf. IT IS FURTHER ORDERED that also by October 28, 2025, Mr. Caspino must show cause why he should not be sanctioned for failing to respond fully to the prior order, at Dkt. 164, which expressly required "proof from the State Bar of California that a request for a Certificate of Good Standing was made on Mr. Caspino's behalf between January 23, 2025, and February 13, 2025" (emphasis added). SO ORDERED. (Signed by Judge Valerie E. Caproni on 10/21/2025) (tg) (Entered: 10/21/2025) |
| 10/28/2025 | 173 | LETTER addressed to Judge Valerie E. Caproni from Michael W. Caspino dated October 28, 2025 re: Docket 172. Document filed by Michael Caspino. (Attachments: # 1 Exhibit Declaration of Allyson Lodwick).(Caspino, Michael) (Entered: 10/28/2025) |
| 10/29/2025 | 174 | MEMO ENDORSEMENT on re: 173 Letter filed by Michael Caspino. ENDORSEMENT: Application GRANTED. SO ORDERED. (Signed by Judge Valerie E. Caproni on 10/29/2025) (tg) (Entered: 10/29/2025) |

| | | |
|---|---|---|
| 10/31/2025 | 175 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/26/2025 before Judge Valerie E. Caproni. Court Reporter/Transcriber: Doug Colavito, (212) 805–0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/21/2025. Redacted Transcript Deadline set for 12/1/2025. Release of Transcript Restriction set for 1/29/2026..(Moya, Goretti) (Entered: 10/31/2025) |
| 10/31/2025 | 176 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 9/26/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 10/31/2025) |
| 11/03/2025 | 177 | LETTER MOTION for Leave to File Title VII Claims addressed to Judge Valerie E. Caproni from David E. Gottlieb dated 11/3/2025. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Gottlieb, David) (Entered: 11/03/2025) |
| 11/04/2025 | 178 | ORDER denying without prejudice 177 Letter Motion for Leave to File Document. Application DENIED without prejudice. Plaintiffs are directed to refile this request indicating whether Defendants object to the filing of a Second Amended Complaint. SO ORDERED. (Signed by Judge Valerie E. Caproni on 11/4/2025) (tg) (Entered: 11/04/2025) |
| 11/04/2025 | 179 | LETTER addressed to Judge Valerie E. Caproni from Michael W. Caspino dated November 4, 2025 re: Docket 172 Order to Show Cause. Document filed by Michael Caspino. (Attachments: # 1 Exhibit Declaration of Allyson Lodwick).(Caspino, Michael) (Entered: 11/04/2025) |
| 11/06/2025 | 180 | LETTER addressed to Judge Valerie E. Caproni from David E. Gottlieb dated November 6, 2025 re: Dkt. No. 178. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Gottlieb, David) (Entered: 11/06/2025) |
| 12/12/2025 | 181 | Costs Taxed as to 170 USCA Mandate,, USCA Case Number 25–1185. in the amount of $410.80. on 12/12/2025 in favor of Brian Flores, as a Class Representative, on behalf of himself and all others similarly situated, Plaintiff–Appellee against New York Football Giants, Inc.; Houston NFL Holdings, L.P., DBA Houston Texans; Denver Broncos; National Football League, Defendants–Appellants..(nd) (Entered: 12/15/2025) |
| 02/13/2026 | 182 | OPINION AND ORDER re: 153 MOTION for Reconsideration re; 76 Memorandum & Opinion, Set Hearings, . filed by Brian Flores, Ray Horton, Steve Wilks. For the foregoing reasons, the stay is LIFTED and Plaintiffs Motion for Reconsideration is GRANTED. The Motion to Compel Arbitration at Dkt. 47 is now DENIED in full. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 153. The parties must appear for a pretrial conference on Friday, April 3, 2026, at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. By Thursday, March 26, 2026, the parties must submit a joint letter, the contents of which are described on pages 29 and 30 of the March 1 Order (except for item d), and a proposed case management plan, the template for which is available at www.nysd.uscourts.gov/hon–valerie–e–caproni. Case Stay Lifted., ( Pretrial Conference set for 4/3/2026 at 10:00 AM in Courtroom 20C, 500 Pearl Street, New York, NY 10007 before Judge Valerie E. Caproni.) (Signed by Judge Valerie E. Caproni on 2/13/2026) (rro) (Entered: 02/13/2026) |
| 02/26/2026 | 183 | NOTICE OF APPEARANCE by Eric A. Savage on behalf of Arizona Cardinals Football Club LLC..(Savage, Eric) (Entered: 02/26/2026) |
| 02/26/2026 | 184 | MOTION for Daniel L. Nash to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Arizona Cardinals Football Club LLC..(Savage, Eric) Modified on 2/26/2026 (bc). Modified on 3/3/2026 (bc). (Entered: 02/26/2026) |
| 02/26/2026 | | Pro Hac Vice Fee Payment: for 184 MOTION for Daniel L. Nash to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff..** Filing fee $ 200.00, receipt number ANYSDC–32466033..(Nash, Daniel) (Entered: |

| | | 02/26/2026) |
|---|---|---|
| 02/27/2026 | 185 | NOTICE OF APPEARANCE by Duvol Maurice Thompson on behalf of Tennessee Titans Entertainment, Inc...(Thompson, Duvol) (Entered: 02/27/2026) |
| 02/27/2026 | 186 | NOTICE OF APPEARANCE by Noah Parson on behalf of Tennessee Titans Entertainment, Inc...(Parson, Noah) (Entered: 02/27/2026) |
| 02/27/2026 | 187 | MOTION for Reconsideration re; 182 Memorandum & Opinion, Case Stay Lifted, Set Deadlines/Hearings,,,,,,,,,,,,, . Document filed by Tennessee Titans Entertainment, Inc...(Thompson, Duvol) (Entered: 02/27/2026) |
| 02/27/2026 | 188 | MEMORANDUM OF LAW in Support re: 187 MOTION for Reconsideration re; 182 Memorandum & Opinion, Case Stay Lifted, Set Deadlines/Hearings,,,,,,,,,,,,, . . Document filed by Tennessee Titans Entertainment, Inc...(Thompson, Duvol) (Entered: 02/27/2026) |
| 02/27/2026 | 189 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 182 Memorandum & Opinion.(rro) (Entered: 02/27/2026) |
| 02/27/2026 | 190 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 182 Memorandum & Opinion.(rro) (Entered: 02/27/2026) |
| 02/27/2026 | 191 | NOTICE OF APPEARANCE by William Anthony Burck on behalf of Miami Dolphins, Ltd...(Burck, William) (Entered: 02/27/2026) |
| 02/27/2026 | 192 | NOTICE OF APPEARANCE by Jan Philip Kernisan on behalf of Miami Dolphins, Ltd...(Kernisan, Jan Philip) (Entered: 02/27/2026) |
| 02/27/2026 | 193 | MOTION for Christopher G. Michel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32472399. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Miami Dolphins, Ltd.. (Attachments: # 1 Affidavit / Declaration of Christopher G. Michel, # 2 Exhibit A – Certificates of Good Standing (DC, VA), # 3 Proposed Order Granting Motion).(Michel, Christopher) (Entered: 02/27/2026) |
| 02/27/2026 | 194 | MOTION for Reconsideration *and Motion for Stay*. Document filed by Arizona Cardinals Football Club LLC..(Savage, Eric) (Entered: 02/27/2026) |
| 02/27/2026 | 195 | MEMORANDUM OF LAW in Support re: 194 MOTION for Reconsideration *and Motion for Stay*. . Document filed by Arizona Cardinals Football Club LLC..(Savage, Eric) (Entered: 02/27/2026) |
| 02/27/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 193 MOTION for Christopher G. Michel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32472399. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 02/27/2026) |
| 02/27/2026 | 196 | MOTION for Reconsideration re; 182 Memorandum & Opinion, Case Stay Lifted, Set Deadlines/Hearings,,,,,,,,,,,, . Document filed by Miami Dolphins, Ltd...(Burck, William) (Entered: 02/27/2026) |
| 02/27/2026 | 197 | MEMORANDUM OF LAW in Support re: 196 MOTION for Reconsideration re; 182 Memorandum & Opinion, Case Stay Lifted, Set Deadlines/Hearings,,,,,,,,,,,, . . Document filed by Miami Dolphins, Ltd...(Burck, William) (Entered: 02/27/2026) |
| 02/27/2026 | 198 | DECLARATION of JP Kernisan in Support re: 196 MOTION for Reconsideration re; 182 Memorandum & Opinion, Case Stay Lifted, Set Deadlines/Hearings,,,,,,,,,,,,, .. Document filed by Miami Dolphins, Ltd.. (Attachments: # 1 Exhibit 1 – Agreement (Redacted)).(Burck, William) (Entered: 02/27/2026) |
| 03/02/2026 | 199 | MOTION for Robert E. Boston to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32479298. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Tennessee Titans Entertainment, Inc.. (Attachments: # 1 Affidavit Affidavit of REB, # 2 Proposed Order [Proposed] Order).(Boston, Robert) (Entered: 03/02/2026) |

| | | |
|---|---|---|
| 03/02/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 199 MOTION for Robert E. Boston to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32479298. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/02/2026) |
| 03/02/2026 | 200 | MOTION for Andrew Warth to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32481007. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Tennessee Titans Entertainment, Inc.. (Attachments: # 1 Affidavit Affidavit of DW, # 2 Proposed Order [Proposed] Order).(Warth, Andrew) (Entered: 03/02/2026) |
| 03/02/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 200 MOTION for Andrew Warth to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–32481007. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 03/02/2026) |
| 03/02/2026 | 201 | LETTER MOTION for Leave to File Title VII Claims addressed to Judge Valerie E. Caproni from David E. Gottlieb dated 3.2.2026. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Gottlieb, David) (Entered: 03/02/2026) |
| 03/03/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 184 MOTION for Daniel L. Nash to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/03/2026) |
| 03/04/2026 | 202 | ORDER granting 201 Letter Motion for Leave to File Document. Leave is GRANTED for Plaintiffs to file an amended Complaint to add claims under Title VII. Plaintiffs must do so no later than Thursday, March 5, 2026. The briefing schedule proposed by the parties is adopted. Defendants must file their anticipated Motion(s) to Dismiss no later than Friday, April 17, 2026. Plaintiffs' oppositions are due no later than June 1, 2026. Defendants' replies are due no later than July 16, 2026. (Signed by Judge Valerie E. Caproni on 3/4/2026) (rro) (Entered: 03/04/2026) |
| 03/04/2026 | | Set/Reset Deadlines: Amended Pleadings due by 3/5/2026. Motions due by 4/17/2026. Responses due by 6/1/2026 Replies due by 7/16/2026. (rro) (Entered: 03/04/2026) |
| 03/04/2026 | 203 | ORDER FOR ADMISSION PRO HAC VICE granting 184 Motion for Daniel L. Nash to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Daniel L. Nash is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Valerie E. Caproni on 3/4/2026) (ar) Transmission to Attorney Services/Help Desk. (Entered: 03/04/2026) |
| 03/04/2026 | 204 | ORDER FOR ADMISSION PRO HAC VICE granting 199 Motion for Robert E. Boston to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Valerie E. Caproni on 3/4/2026) (ar) Transmission to Attorney Services/Help Desk. (Entered: 03/04/2026) |
| 03/04/2026 | 205 | ORDER FOR ADMISSION PRO HAC VICE granting 193 Motion for Christopher G. Michel to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Christopher G. Michel is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Valerie E. Caproni on 3/4/2026) (ar) Transmission to Attorney Services/Help Desk. (Entered: 03/04/2026) |
| 03/04/2026 | 206 | ORDER FOR ADMISSION PRO HAC VICE granting 200 Motion for Andrew Warth to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Valerie E. Caproni on 3/4/2026) (ar) Transmission to |

| | | |
|---|---|---|
| | | Attorney Services/Help Desk. (Entered: 03/04/2026) |
| 03/04/2026 | 207 | NOTICE OF APPEARANCE by Daniel L. Nash on behalf of Arizona Cardinals Football Club LLC..(Nash, Daniel) (Entered: 03/04/2026) |
| 03/04/2026 | 208 | SECOND AMENDED COMPLAINT amending 22 Amended Complaint, against Arizona Cardinals Football Club LLC, Denver Broncos, Houston NFL Holdings, L.P., John Doe Teams 1 through 26, Miami Dolphins, Ltd., New York Football Giants, Inc., Tennessee Titans Entertainment, Inc., The National Football League with JURY DEMAND.Document filed by Steve Wilks, Brian Flores, Ray Horton. Related document: 22 Amended Complaint,..(Gottlieb, David) (Entered: 03/04/2026) |
| 03/05/2026 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney David Evan Gottlieb re: Document No. 208 Second Amended Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents.. (vf)** (Entered: 03/05/2026) |
| 03/05/2026 | 209 | LETTER MOTION for Leave to File omnibus opposition to recent motions for reconsideration addressed to Judge Valerie E. Caproni from David E. Gottlieb dated 3.5.26. Document filed by Brian Flores, Ray Horton, Steve Wilks..(Gottlieb, David) (Entered: 03/05/2026) |
| 03/05/2026 | | ADD PARTY FOR PLEADING. Defendants/Respondents John Doe Teams 1 through 26, The National Football League, New York Football Giants, Inc. d/b/a New York Giants, Miami Dolphins, LTD. d/b/a Miami Dolphins, Denver Broncos Football Club d/b/a Denver Broncos, Houston NFL Holdings, L.P. d/b/a Houston Texans, Arizona Cardinals Football Club LLC d/b/a Arizona Cardinals, Tennessee Titans Entertainment, Inc. d/b/a Tennessee Titans added. Party added pursuant to 208 Amended Complaint,.Document filed by Steve Wilks, Brian Flores, Ray Horton. Related document: 208 Amended Complaint,..(Gottlieb, David) (Entered: 03/05/2026) |
| 03/05/2026 | 210 | ORDER granting 209 Letter Motion for Leave to File Document. Application GRANTED. SO ORDERED. (Signed by Judge Valerie E. Caproni on 3/5/2026) (rro) (Entered: 03/06/2026) |
| 03/09/2026 | 211 | NOTICE OF APPEARANCE by Brian Aubrey Smith on behalf of Arizona Cardinals Football Club LLC d/b/a Arizona Cardinals, Denver Broncos Football Club d/b/a Denver Broncos, Houston NFL Holdings, L.P. d/b/a Houston Texans, Miami Dolphins, LTD. d/b/a Miami Dolphins, New York Football Giants, Inc. d/b/a New York Giants, Tennessee Titans Entertainment, Inc. d/b/a Tennessee Titans, The National Football League..(Smith, Brian) (Entered: 03/09/2026) |
| 03/13/2026 | 212 | NOTICE OF INTERLOCUTORY APPEAL from 182 Memorandum & Opinion, Case Stay Lifted, Set Deadlines/Hearings,,,,,,,,,,,,,. Document filed by Miami Dolphins, LTD. d/b/a Miami Dolphins. Filing fee $ 605.00, receipt number ANYSDC–32544262. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Burck, William) (Entered: 03/13/2026) |
| 03/13/2026 | 213 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** NOTICE OF APPEAL from 182 Memorandum & Opinion, Case Stay Lifted, Set Deadlines/Hearings,,,,,,,,,,,,. Document filed by The National Football League. Filing fee $ 605.00, receipt number ANYSDC–32544523. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Lynch, Loretta) Modified on 3/16/2026 (tp). (Entered: 03/13/2026) |
| 03/13/2026 | 214 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** FIRST NOTICE OF APPEAL. Document filed by Arizona Cardinals Football Club LLC d/b/a Arizona Cardinals. Filing fee $ 605.00, receipt number ANYSDC–32544534. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Savage, Eric) Modified on 3/16/2026 (tp). (Entered: 03/13/2026) |
| 03/13/2026 | 215 | MEMORANDUM OF LAW in Opposition re: 196 MOTION for Reconsideration re; 182 Memorandum & Opinion, Case Stay Lifted, Set Deadlines/Hearings,,,,,,,,,,,, ., 187 MOTION for Reconsideration re; 182 Memorandum & Opinion, Case Stay Lifted, Set |

| | | |
|---|---|---|
| | | Deadlines/Hearings,,,,,,,,,,,,, ., 194 MOTION for Reconsideration *and Motion for Stay*. . Document filed by Brian Flores, Ray Horton, Steve Wilks..(Wigdor, Douglas) (Entered: 03/13/2026) |
| 03/13/2026 | 216 | NOTICE OF INTERLOCUTORY APPEAL from 182 Memorandum & Opinion, Case Stay Lifted, Set Deadlines/Hearings,,,,,,,,,,,,,. Document filed by Tennessee Titans Entertainment, Inc. d/b/a Tennessee Titans. Filing fee $ 605.00, receipt number ANYSDC–32544900. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Thompson, Duvol) (Entered: 03/13/2026) |
| 03/16/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 212 Notice of Interlocutory Appeal. (tp) (Entered: 03/16/2026) |
| 03/16/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 212 Notice of Interlocutory Appeal, filed by Miami Dolphins, LTD. d/b/a Miami Dolphins were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/16/2026) |
| 03/16/2026 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Loretta Lynch to RE–FILE Document No. 213 Notice of Appeal,.. The filing is deficient for the following reason(s): the wrong event type was used to file the appeal;. Re–file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed – Do Not Pay the Appeal Fee Again. (tp)** (Entered: 03/16/2026) |
| 03/16/2026 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Eric A. Savage to RE–FILE Document No. 214 Notice of Appeal. The filing is deficient for the following reason(s): (1) the wrong event type was used to file the appeal; (2) the order/judgment being appealed was not selected. Re–file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed – Do Not Pay the Appeal Fee Again. (tp)** (Entered: 03/16/2026) |
| 03/16/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 216 Notice of Interlocutory Appeal. (tp) (Entered: 03/16/2026) |
| 03/16/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 216 Notice of Interlocutory Appeal, filed by Tennessee Titans Entertainment, Inc. d/b/a Tennessee Titans were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/16/2026) |