# In the United States Court of Appeals for the Second Circuit

No. 26-650 (L), 26-651 (CON), 26-652 (CON), 26-654 (CON)

BRIAN FLORES, ET AL.,
PLAINTIFFS-APPELLEES

*v.*

NATIONAL FOOTBALL LEAGUE, ET AL.,
DEFENDANTS-APPELLANTS

## STATUS REPORT
## OF APPELLANT NATIONAL FOOTBALL LEAGUE

Pursuant to the Court's order of March 18, 2026, appellant National Football League writes to inform the Court that the motions for reconsideration (D. Ct. Dkt. 187, 194, 196) of the district court's order granting appellees' motion for reconsideration and denying the motion to compel arbitration (D. Ct. Dkt. 182) remain pending before the district court.

Respectfully submitted,

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300
kshanmugam@paulweiss.com

APRIL 17, 2026